# United States Court of Appeals

## for the

## First Circuit

_____

**Case number**

**24-1291**

_____

**Appellant Brief**

**Jodie Louise Byrne**

**14 Main Street**

**Seal Harbor, Main 04675**

Jodielouisebyrne@gmail.com

**July 5, 2024**

**202-524-2055**

# Table of Contents

**Page Number**

**Table of Authorities and Cases**……………………     **3**

**Statement of Jurisdictional Authority**……………     **3**

**Statement of Interested Parties**…………………...     **4**

**Statement of Issues** ……………………………….     **5**

**Scope of Review and Related Cases** ……………...     **7**

**Statement of the Case**…………………………….     **9**

**Argument** ……………………………………………     **10**

**Conclusion**…………………………………………     **14**

**Appendixes** ………………………………………...     **18**

**Certificate of Service**………………………………     **120**

# Table of Authorities and Cases

Federal Rules

Federal Default Rules

Fee Waiver Laws


State Rules

Waiver Fees Maryland Rule 1-325, 1-325(e)(f) (The court must also consider other factors that reflect on a party's ability to pay court fees)

Maryland Rule 1325-1.

# Statement of Jurisdictional Authority

The case number 24-1291 is on appeal from the District Court of Maine, in Bangor. The landscape of the suit is discriminatory credit with restitution for damages being mandatory. The District Court did not even assign a trial (Appendix A and B).

Predatory Lending causes homelessness according to numerous research articles. The Department of Justice labels Predatory

Lending a crime. Usury is a crime when the interest rate is over 10 percent in some States. Disparte Treatment is a crime.

## Statement of Interested Parties

There was an assigned Magistrate Judge that was severely abusive named Karen Frink Wolf.  There was no trial date or any evidence that a case was moving forward (Appendix I and Appendix H). Judge Karen Wolf should be disbarred for her slander. I never wrote a letter to her I filed a motion. She slants her words and abuses with her pen. It was shameful on her part.

I see Mrs Wolf was copying Judge Fogones' inaccurate words. Gives rise to her knowledge of the Bankruptcy case and appeal issues.  Just because a Judge authors poor facts doesn't make them true. I would argue Judge Fagone was informed of the abuse present perhaps even more than most as he was aware of the income of $ 3,000 per month to cover the Chapter 13 case. The courts are illogical.

The dismissal order assignment arrived from John Woodcock, who had previously been reported for abuse regarding an early case wrote an order to discharge based on false claims

(Appendix H and Appendix H). My time doesn't count but other people's time counts on this planet. Illogical and slanderous. I want nothing to do with the court system in the USA. I don't see a choice now. I have been stripped of all my rights as a human here in the USA.

Ally Financial is in default answering and has refused to respond exactly like Harford County, the State of Maryland and Anthony Deyesu (Appendix E, Appendix H and Appendix O).

The Federal Court in Bangor historically allows defendants to ignore complaints without penalty. One could assign blame for the human rights atrocity on the Federal Court for failure to prosecute the case in 2020. (Appendix G and Supreme Court Writ Appendix).

The court becomes comical when Federal Judges participate in Slander and Abuse involving Economic Abuse which is part of Domestic Violence.  The case arrives from the US District Court of Maine Bangor with a Civil Docket for Case # 1:23-cv-00460-JAW (Appendix H).


## Statement of Issues


The Federal District Court is engaged in blocking litigation involving Domestic Violence victims which causes human rights

atrocities to simmer until the victims are dead (Appendix J, Appendix H, Appendix C Appendix B, Appendix K).

The Federal Court falsely authored reports regarding financial statements. With one quick check on federal Bankruptcy filings, one could see I have filed Bankruptcy once, from France, and once since I returned to the USA where the human rights atrocities keep arriving. (Appendix G, Appendix K, Appendix I, Appendix N, Appendix M and Appendix L).

My inheritance and projects in Maryland have been denied which has created Litigation there (Appendix M and Appendix N). These were listed in the Bankruptcy filings that were dismissed for various reasons like most bankruptcy filings are.

As a result of the Federal District Court failures in 2020 and the Supreme court I am Bankrupt. I am unable to pay for any court fees. The Federal District Court has impoverished me.

The Supreme Court has previously waived fees and Montgomery County Maryland (Appendix M and N). Even Judge Fagone temporarily halted fees for a Bankruptcy Case pending the outcome of the Maryland Cases and even he had hopes for a better outcome from the Supreme Court.

Judge Fagone absolutely knew the economic situation, he failed to understand how abusive society here is. Judge Fagone surpasses most with numbers.

1. The court should author a judgement in my favor and waive all court fees related to this case.

2. The court should find Ally financial in Default and author a judgment in my favor for $ 5 million dollars payable immediately within 30 days.

3. The court should admonish the lower court for degrading and humiliating orders which block access to the court system to the domestic violence victims.

## Scope of Review and Related Cases

Ally is in Default as noted and a judgement for 5 million in my favor should be issued today (Appendix E). The Federal Judges in Bangor Wolf and Woodcock Jr should be disciplined for slander and authoring false reports regarding fee waivers (Appendix I and Appendix K and Appendix J).

The court is holding up cases and attempted to dismiss and slander a crime victims' good reputation. This case exemplifies why the US is ranked 37th in the world for Justice, Peace and Safety for women. (Appendix K).

Bankruptcy filings were filed and litigation in Maryland surfaced against my brother and Uncle after my mother died on

top of the Federal Courts failures surrounding the Supreme Court filed writ from Europe. My brother viciously jailed my father. Filing Fee cost should be waived.

## Related cases

Federal Cases

1. 20-1568 Human Rights filed in District court in Maine
2. Supreme Court Case 22-5141
3. 23-9003 BAP
4. 23-9005 BAP
5. 23-9009 BAP
6. 23-9009 BAP
7. 23-9010 BAP
8. 23-9011 BAP
9. 24-1291 BAP

Maryland Appeals Active Cases

Michael Yarrington and Bruce Laing for abusing and withholding economic rights and inheritance. They sold assets

without permission while I filed Bankruptcy and listed assets and contracts.

Appeals Court of Maryland (3 cases combined w/ brief due 7/31)

1. ACMREG02702024
2. ACMREG03882024
3. ACMREG18332023

All these cases are a result of the Court Failure to enforce my economic rights from a 22-year marriage.  I appealed to the Federal District regarding the judgements against me (Appendix P). I was ordered to pay my attacker in 2010.

## Statement of the Case

The case number 24-1291 is on appeal from the District Court of Maine, in Bangor. The landscape of the suit is discriminatory credit with restitution for damages being mandatory. The District Court did not even assign a trial (Appendix A and B).

Predatory Lending causes homelessness according to numerous research articles. The Department of Justice labels Predatory

Lending a crime. Usury is a crime when the interest rate is over 10 percent in some States. Disparte Treatment is a crime.

The lower court has refused to waiver court fees after considerable evidence was given. Slander was authored and facts were twisted to in an unethical manner to abuse a domestic violence victim and deny access to the court system.

## Argument

A complaint was filed against Ally Financial on December 21, 2023 (Appendix A). A fee waiver form was filed Appendix L.

When I filed the fee waiver form, I had filed chapter 13. JlouiseElizabeth is a not for profit and I do not draw a salary for myself. That business is separate from me as a person.

I also enjoyed income from enrollment in professional continuing education programs. My income and expenses are difficult to establish because of the courts abuse. Look at the time and work I must do to have the court waive fees to access the court system.

Ally was served and they freely chose to ignore the case hoping their friends at the District Court would dismiss the case. They were hoping they would be allowed to abuse people like

Anthony Deyesu, State of Maryland and Harford County. All this abuse is established from a Protection order that was not enforced and was violated in 2007 with the Supreme Court Case number 22-514.

Men are above the laws in the USA as evidence that the USA ranks 37th for women in Justice, Safety and Peace from the UN (Appendix K).

My x husband should have gone straight to jail, in 2007, for violating Judge Eaves order. Instead, we had a Judge in the smallest court in the land covering up her errors to benefit herself (Appendix 0).

A second time, I was forced to file a fee waiver form regarding this case my economic situation which is fluid had changed. My bank account was $20.00 (Appendix L and Appendix G). I was truthful. Bartering is hard to assess a value too. The US tax laws will agree (Appendix L).

Judge Wolf slandered my name when this court caused the carnage. As anyone can imagine, I have been enduring hell here in the USA based on the quick litigation present found in the related cases. No one should expect me to have any funds once you dissect the cases and time spent trying to survive court-imposed fees and motions. The credit bureau report is attached, and you can see that Ally and I have been in a dispute since Oct 2019 (Appendix B).

Based on Bankruptcy filings and the credit bureaus report one can see how Abusive Judge Wolf and Woodcook have been. Add in the litigation and fee waiver granted in Maryland and breach of contracts my brother entered in with me once my mother died and my brother jailed my father, in 2022.

I have been suffering on top of the failed District Court case that Judge Woodcock was involved in from 2020. I filed complaints against many Judges in Bangor regarding this economic violence. The courts impoverish women every day. They laugh at women. Women are disposal in the USA.

People should be paying me not abusing me further and that's what this brief is. This court is abusing a crime victim (Appendix C). This was not necessary to carry out to the Appeals court over fees given the abundance of evidence present.

All these steps hinder a woman's ability to gain equality in the USA. For example, Montgomery County Maryland waived fees and then they rescinded it just to bury me. To toss other women into the river. Look how hard it is to have fees waiver for battered mothers. The USA will continue to fall in the ranks for justice for women. Women do not have assess to the court system.

## Conclusion

Ally is in default and Fee waives clearly should have been granted since they were given in Bankruptcy Court, by Federal

Bankruptcy Judge Fagone, Montgomery County Maryland and the Supreme Court of the USA.

I cannot control other people or when they pay cash or what the tax assessed value of Bartering is. I don't keep tract of the crumbs my not-for-profit gathers. I would not be in the USA if I had funds to leave. We do know that it costs $50,000 per year to breathe in Maine without court fees (Appendix L).

The cost of living is outlined below. Even with the difference in income and cost. There is not any money to pay thousands of dollars in litigation fees that generate lost income (Appendix L).

(**https://smartasset.com/data-studies/family-minimum-income-state-2024**

I teach when needed and that's $125 per day given the abuse from the broken court system one could see it's been impossible to move. The court has made me disabled.

I filed for Social Security Disability given the broken court system. My back is junk, I suffer from trauma from Judges like Judge Wolf. It is clear people don't file for Bankruptcy who don't need support.

One could say it cost $50k to live and I am alive and that must mean that some sort of income attributed to bartering exists. One can logically infer I do not have cash to pay court fees which are in addition to the cost of living and economic violence present.

There is an Economic loss of at least 5K in income per month due to all this litigation which takes time out of my life. That's a low estimate. I have been kind with estimates.

This is abuse that I am forced to write this brief. It cost me emotionally and financially. Who is paying for my time? Does my time count? Do I count as a person in the USA? Insulting to have women judges write such garage in court orders. Look at how Judge wolf degraded and belittle my time on this planet.

When dissecting the financial statements, cross checking the bankruptcy cases, litigation in Maryland, and the filing with the Supreme Court one can easily waive fees in a non-abusive way for the economic violence present and economic losses.

I suffered loss with all the storms that reached Maine. The SBA and Fema are not compensating. It's not like I have been on Vacation here in the USA since I arrived healed from the French Alps in late 2022. This is a toxic place to breathe.

There is value in the labor present that I am consumed with. The protection order is included as evidence of the errors in Maryland that the Judges in Bangor dismissed in 2020. The Human rights atrocities seem never ending in the USA.

The Judges in Bangor should be punished for slander. It is fair to state no one wants to live abused. Ally is in default as they purposely did not respond to a court case. Judge Wolf was way

off regarding her written slander regarding Ally and what a Saint Bernard eats.

Bella eats 40 grams of protein a day and then there is exercise which is all time consuming considering the abuse gifted by the court system. When have I rested since I arrived on US soil? Judge Wolf sent mail to the wrong address with the wrong zip code and slanders me for her mistake.

Pet sitting or boarding would cost $100 per day. I must do all things myself and its time consuming or its doesn't get done. This is all abuse stemming from a broken court. Of course, I am angry at being abused and wish this abuse would end so I can buy a house and retire and find joy.

The court system does not want to take a hard look at itself. One look at all the litigation tells a story of an overwhelming nightmare that never ends for Domestic Violence victims. The $20 in my bank account was clearly a sign that the fees should be waived. I can't pay the expenses to breathe here in the USA. Clearly the court is aware of the bankruptcy filings.

Usually filing for Bankruptcy means a person is having financial difficulties, and Predatory lending causes homelessness. The deflection from the district court regarding "revealing the facts" is slander and establishes a corrupt system. This logic has reached across the globe. Judges can write all kinds of assertions that are not true. The Federal court cases tell a story.

'I know many judges have not embraced Judge Breyers Books. My life has been destroyed because Judges aren't logical. A person that files Bankruptcy should not be charged any fees. I believe it's illegal to take on more debt'. How can the court charge fees to a person who has $20 or less?



# Appendixes

## Page Numbers

Appendix A    Complaint Déc. 21, 2023……………………20

Appendix B    Credit Ruined May 16. 2024………………..26

Appendix C    Financial Date Déc. 27, 2023………………..28

Appendix D    Motion to Appeal to First Circuit March 25, 2024……………………………………………37

Appendix E    Second Motion to Extend Brief

for Good Cause June 3, 2024…………..........48

Appendix F    First Motion to Extend Brief April 16, 2024……………………………………………55

Appendix G    Federal Court Cases…………………………59

Appendix H    Docket Entry 1:23-cv-00460-JAW

Docket Entry CASE 24-1291………………60

Appendix I    Magistrate Wolf January 9 Slander………...63

Appendix J    Motion to Appeal Fees Feb 24, 2024………71

# Page Numbers

Appendix K    Judge Woodcock Order 3/24 After the 37th
Reliszation Judge Woodcook Authors the
following insults on
3/18/24………………………………………….81

Appendix L    Fee Waiver Estimate Bankrupty/Bartering..96

Appendix M    Montgomery County Court Waiver

Granted and then rescinded

January 23, 2023, Abuse by the Courts…104

Appendix N    The Appellate Court of Maryland

4/10/2024 Domestic Violence Related Cases

Overloaded with Economic Violence Court
Fees………………………………………115

Appendix O    Protection Order Violated Nov. 20, 2007...117

Appendix P    Judgements 2011/15 in Maryland

ordering me to pay My attacker who

is currently abusing me…………………119

**Appendix A**

**Complaint Décembre 21, 2023**

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Maine

_____ Division

U.S. DISTRICT COURT
DISTRICT OF MAINE
RECEIVED & FILED

2023 DEC 21  P 1: 14

DEPUTY CLERK

| | |
|---|---|
| Jodie Louise Byrne | ) Case No. _____ |
| | ) (to be filled in by the Clerk's Office) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) Jury Trial: *(check one)*  ☑ Yes  ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| Ally | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Jodie Byrne |
| Street Address | 14 Maine Street |
| City and County | Seal Harbor |
| State and Zip Code | Maine |
| Telephone Number | 202-524-2055 |
| E-mail Address | Jodielouisebyrne@gmail.com |

    **B.    The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Ally Financial Inc |
| Job or Title *(if known)* | |
| Street Address | 500 Woodward Ave |
| City and County | Detroit |
| State and Zip Code | MI 48226 |
| Telephone Number | 978-256-1500 ( Marcus E Pratt Atty |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Discriminatory auto loan pricing and were already fined $80 Million in civil money penalties by the CFPB. Ally is up to its old tricks again. They are guilty of discrimination. I enjoyed a 791- credit score and they offered a loan for 11 percent financing when the going rate was less then 5 percent. They have refused to make amends and caused damage to my jeep and caused significant psychological traumas to occur. They have hurt my service dog and not for profit by slandering my name when it has

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* Jodie Louise Byrne _____ , is a citizen of the

State of *(name)* Maine _____ .

b.   If the plaintiff is a corporation

The plaintiff, *(name)* JLouiseByrne _____ , is incorporated

under the laws of the State of *(name)*   Maine _____ ,

and has its principal place of business in the State of *(name)*

Maine _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        b.     If the defendant is a corporation

             The defendant, *(name)* Ally _____, is incorporated under

             the laws of the State of *(name)* Michigan _____, and has its

             principal place of business in the State of *(name)* Michigan .

             Or is incorporated under the laws of *(foreign nation)* _____ ,

             and has its principal place of business in *(name)* Michigan .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

        3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

5 million in pain and suffering created by Ally Credit plus replacement of my Damaged Jeep in the amount of 100,000 US dollars.

---

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Ally was fined by the court in Michigan, in the United States V Ally Financial Inc. (2:13-cv-15180). Ally has not ceased its discriminatory practices as ordered by the court. The ordered Ally to pay 80 million dollars and to create an anti-discrimination policy monitoring. I am a single woman and enjoyed a credit score of 791. Ally charged me 3 times the interest on auto loans the norm was less then 5 percent, on October 12, 2019. Ally has damaged my Jeep. They have refused to resolve their abuse in an amicable fashion and caused horrid psychological violence and trauma. They have jeopardized my safety, ruined my business and slandered my name. They harmed my service dog.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Replacement of my Jeep 100k for Damage done to my 2020 Jeep Rubicon
Punitive Damages for harm done to my service dog and myself which included punitive damages of 5 million in trauma and psychological damage.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

---

**V.**     **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**     **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:         12/19/2023

Signature of Plaintiff

Printed Name of Plaintiff     Jodie Louise Byrne

**B.**     **For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

25

# Appendix B

# Credit Ruined

**● ALLY FINANCIAL**
POTENTIALLY NEGATIVE

## Account Info

| | | | |
|---|---|---|---|
| Account Name | **ALLY FINANCIAL** | Balance | **$53,204** |
| Account Number | **628927XXXXXX** | Balance Updated | **05/16/2024** |
| Account Type | **Auto Loan** | Recent Payment | **-** |
| Responsibility | **Individual** | Monthly Payment | **-** |
| Date Opened | **10/12/2019** | Original Balance | **$50,463** |
| Status | **Account charged off. $52,729 written off. $53,204 past due as of May 2024.** | Highest Balance | **-** |
| | | Terms | **84 Months** |
| | | On Record Until | **Aug 2028** |
| Status Updated | **Jan 2023** | | |

## Payment History

$ **Payment History**



|      | J  | F  | M  | A   | M   | J   | J   | A   | S   | O   | N   | D   |
|------|----|----|----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | CO | CO | CO | CO  | CO  | —   | —   | —   | —   | —   | —   | —   |
| 2023 | CO | CO | CO | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  |
| 2022 | 60 | 60 | 90 | 120 | 150 | 180 | 180 | 180 | 180 | 180 | 180 | 180 |
| 2021 | ✓  | ✓  | ✓  | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | 30  | ✓   | 30  |
| 2020 | ✓  | ✓  | ✓  | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | 30  | 60  | ✓   |
| 2019 | —  | —  | —  | —   | —   | —   | —   | —   | —   | —   | —   | ✓   |

✓  Current / Terms met

27

# Appendix C
# Financial Data December 27

**U.S. District Court**
**District of Maine (Bangor)**

U.S. DISTRICT COURT
DISTRICT OF MAINE
RECEIVED & FILED

'2023 DEC 27 A 9: 38

CIVIL DOCKET FOR CASE #: 1:23-cv-00460-JAW   Y CLERK

Plaintiff
**JODIE LOUISE BYRNE**

represented by **JODIE LOUISE BYRNE**
14 MAINE STREET
SEAL HARBOR, ME 04612
202-524-2055
PRO SE

V.

Defendant
**ALLY FINANCIAL INC**

## Financial Data

I am confused about the intellectual capacity of this court. I filed for divorce in 2007 from a convicted wife beater. I never saw my children again. My mother recently died, and the court system allowed my brother and x husband to take all things. I own nothing. The men took even my mother's underwear. There are 900 homeless people in Burlington, VT alone and that is only the folks accounted for.

That's not the total number of people being abused by bias Judges and Atty in this country. Or Greedy Companies like Ally. All these people had homes at one time.   I owned two homes in the US and Atty took all and Judges don't care to follow the laws.

28

I think the courts are not wise to ask for more data and it's rather insulting. I will try to explain to the court who is theoretically well versed and above average. I resided outside this country and the culture is not as fragmented and I was able to maintain a healthy life.

The USA attacks its own citizens, and this court is aware I did not receive my economic rights, parental rights, or inheritances rights in the USA from a 500k home, a 22-year marriage and 6 figure in come.  My mother's brother stole her inheritance. I never saw my daughters again after reporting abuse. The courts are broken in this country as Joan Miers has succinctly researched Domestic Violence. Ally is a predatory lender as the Department of Justice illustrated.

My brother has continued to abuse like any well-informed Judge or psychologist would expect from a person who had to file for divorce from a convicted wife beater.  This is not rocketing science.

I am confused that this court is not educated regarding Domestic Violence and the aftershocks that vibrate.  Other cultures are more supportive and intelligent than the USA regarding this social ill and economic violence.  The USA is not listed as the happiest place to live. Other countries are wise to support and uplift women. Of course, Ally abused and of course I feel like death over their abuse.  We also endured Covid circling which makes for the perfect quake.

I am further confused that this court does not realize a Saint Bernard costs $600 per month to care for. It appears like this court is not logical or can count. A lot of Judges have logic and math problems so please don't feel insulted. Judges are not well versed on a lot of problems, and the court creates problems. Bias is true and a fact within the court system. Culture is at play.  The USA is far behind with its Justice system as evidence the USA govt will not charge a terrorist in a normal court.  Maybe this court does not have dogs or animals and does not realize the cost and time.

Bella weighs... 150 pounds. She must eat at least $20 per day. She must have attention. She must have transportation and housing. I would have crashed this jeep yesterday over the courts abuse if Bella was not in the car.

The court and Ally are abusing me so horrifically I don't want to live. Things must change today. These are reasonable thoughts given the abuse found here in the USA. My Saint Bernard is

**30**

keeping me alive. The US Court system is killing me along with the American Culture. Ally has threatened my life by harming my dog and me. My dog needs me. Bella is constantly depending on me and looking for me when I leave her view. I can't exist abuse because Bella needs me.

This court has engaged in violence against me. How imprudent are the accomplished Judges in this county. Judges are illusionary figures. This court can't comprehend math and cannot understand Domestic Violence. This is normal for Judges in this country but sadly the research has been present for centuries.

I listen to the part of a trial of 15-year-old boy who stabbed to death a 13-year-old girl. He stabbed her over 150 times. He planned to kill a stranger.   I was interested in finding out how that would happen in the USA?  I heard he experienced domestic violence. His father abused him, and his mother had little support in life to care for her children. I heard generational abuse. Killers are created not born.

I lived outside this horrific country where support is far better for women. I was able to purchase a car because I had better support outside this country than in it.  Domestic Violence killed a 13-year-old and destroyed a 15-year-old boy.  The Judge in the case was shocked and ignorant.

They were so quick to judge the little boy and did not look at themselves.  Even the psychologist blamed the young boy who was a child at the time of the incident. The USA does not look at itself and the courts don't work as evident I am forced to write to the court.

The incredibly smart judges don't understand the pain and consequences of Domestic violence and the lack of economic rights and the combination of predatory lending in an oppressive land. This court can't even analyze the true cost of taking care of a 150-pound Saint Bernard, a service dog. I would be dead without Bella. Who do you think is covering this cost given the details I just gave this court? 900 unsheltered people in one US city alone. Where is the social back up plans?

The Federal Court has denied me the ability to even file for Bankruptcy for which the Court system has caused. Surely, I have asked for my economic rights, and I have quoted the statues

**31**

that entitle me to those rights. I have asked for my human rights. Attached is my current bank
account Statement which reflects this broken court's ability to follow the laws of this country.

Please, waiver the fee surely this court is not confused any longer. The court has caused this
horrific nightmare and If I live much longer with this abuse I will be surprised. I can't live in a
society that is economically abusing me much longer. I cannot breathe here because this court
has abused me horrifically.  I informed this very court regarding these human rights abuses in
2020.

I left the country and healed. I keep leaving the country and healing and I think…. The US
changes or I was wrong and upon return I face the same ignorance. The fact is I heal and change
but the USA does not.  I endure more abuse each time I return here. Ally and their predatory
lending practices are just one horrific story aspect of this dysfunctional land.

This court returned with an illogical request for more data.  I had a 791-credit score when I
returned to this country. I was healthy and now I don't want to live after all of Ally's abuse. This
country has 15-year-old boys stabbing to death 13-year-old girls and the Judges are shocked.
The countries shocked?  The USA has a violent culture and kids emulate their surroundings.

One looks at the metrics regarding movies and violence one might understand. Or the metrics
regarding mother that worked from home or outside the home. The USA has 5-year-olds
shooting people because there isn't anyone watching the children. I was a great mother and
look what the court did to a great stay at home mom. I limited my daughter's exposure to tv and
homeschooled them where they tested way above average and enrolled them prestigious music
and dance schools. I made sure they traveled in safe vehicles… Ford Expeditions and a xc90
Volve. That was zero percent finance from Ford with my credit scores. Who failed here…

There exists a mixed-up feminism definition and the govt sends weapons abroad while Europe
offers social back up plans that create health and happiness and they aren't paying for weapons
to defend their borders. The Americans pay to enrich the defense industry and the court system
that's a business.  Of course, I excel in a softer place. It's outrageous the govt is selling my
private information to Ally. The US govt tracks our movements and sells our privacy rights to the
highest bidder.  In Europe, this is a human rights violation. This country is wrong so often.

**32**

This country does not understand Domestic Violence and the lack of social back up plans. The cost of not paying and supporting is death and destruction. The cost of illogical judges is death to the American people. The cost of Judges that do not follow the laws is death to their employers.  Ally and the Atty are taking advantage of the broken system. They are vultures.

I am confused about this court's lack of education.  Ally is counting on the broken courts like the abusive men manipulate all. I wonder where the 80- million dollars the Department of Justice extracted from Ally in penalties for discrimination went? Did relief reach the victims of Ally? I am searching for an Advocate.

The courts have enough info to waive the fees in addition to the covid crisis the economic domestic violence is lethal, and it is gifted by the courts. This court created this violence.





Jodie Louise Byrne

**Certification Of Service**

I certify that I sent the above to Ally on 12/26/2023 by email and mail.

**35**



# Appendix D

# Motion to Appeal to the First Circuit

**U.S. District Court**
**District of Maine (Bangor)**

**CIVIL DOCKET FOR CASE #: 1:23-cv-00460-JAW**

| Plaintiff | |
|---|---|
| **JODIE LOUISE BYRNE** | represented by **JODIE LOUISE BYRNE** |
| | 14 MAINE STREET |
| | SEAL HARBOR, ME 04612 |
| | 202-524-2055 |
| | PRO SE |

V.

**Defendant**
**ALLY FINANCIAL INC**

**Motion to Appeal to the First Circuit**

**38**

**Notice of Appeal to the First Circuit the above captioned case from the District Court of Maine.**

**The incredibly abusive and slanderous statements crafted by the District Court and all that encompass this entire case are appealed.**

**Attached is a copy of my CV and the transcript below.  Respect is demanded and missing. I should not have to give my cv to receive respect and equal treatment under law.**

**I am tired of the slander and abuse found here in the USA. Bias and degrading treatment toward crime victims women are human rights violations.**

**The court is regarding an abuse victim like refuse and elevating a fraudulent corporate tone while developing the courts banquet companions. This is not acceptable behavior from the court system which is open to all.**

**An ivy league education sometimes does not create well rounded humans nor does a state education. The target should be a well-rounded human who is exposed to all environments.**

**The courts are open to all the citizens of the USA not just Atty who are in business for themselves.**

**39**

**Home Depot operates at the First Circuit and justice should be the goal. My case is a result of a broken court system and greedy society.**



**Certificate of Notification**

I certify that the defendants, who were fined 80 million by the Dept of Justice, have been notified that I appeal the District Courts ignorance.  It does not matter where you graduated from college. If you abuse women, your behaviors and successful endeavors are on par with Jeffrey Epstein and his friends.

When judges slander crime victims and attack their health, the court keeps falling into disrepair.  The lower court prays people just die and disappear with their verbal attacks. Keeping club members enriched and fed and while oppressing others is sad.

*Jodi Cause Dyone*

**March 24, 2024**

41

**42**

**Jodie Louise Byrne**



**+1 202-524-2055**
Jodielouisebyrne@gmail.com

## EDUCATION

Bachelor Science Degree - Economics/Environmental Planning - Cultural Geography Towson University, Towson, Maryland,United States of America

Graduate School Colorado State University

Business Data Analyst
Project Mgr

(http://www.towson.edu)

Current Certificate for Teaching issued by the State of Maine

Open Water Diver Padi

**Children's Book Author**



Expedition to the heart of Mont Blanc with Baby Bella Ista Sapa ...

**EXPERIENCE**

**President, JLouiseElizabeth,**

- Global Research and Strategic Planning Firm.  In France, Switzerland, United Kingdom, Greece, Iceland, Canada.  Including the Virgin Islands and US cities in South Florida, Baltimore, Philadelphia, New York City, Boston, and the coast of Maine.

- Writing Projects and research relating to Women's Equal Rights while combating discrimination riddled with in the US family Court System. Studied the Implicit bias toward men in the US while exposing how women discriminate against women utilizing the same exact method. Explicit discrimination is taught and ingrained in all of us. I work to lighten research and educate the world on the true definition of a Feminist.

**Nice, France**
Urban Planner2010

- Partnered in Architect Alpes-Maritime where our team worked on various proposals and grants.

**Norrisville, Maryland**
Home School Professor 1997-2007

- Homeschooled daughters up to immediate grades and committed to family development. I developed curriculum and created a fun learning atmosphere.  I augmented the days with music lessons at Johns Hopkins University where my daughters were blessed with additional intensive dance training. My time Management Skills allowed for greater exposure and intensity to music and activities then average.

**Norrisville, Maryland**
Senior Project Manager2000

- Designed and managed every detail of a Luxury Log Cabin. Reviewed Blueprints and made engineer and architectural changes to enhance the end result. Recalculated floor loads bearing steel/wood beams.
- Managed Engineers and Construction Managers
- Directed all Logistics including special order granite and Italy tile, designer windows and floors. I authored the construction loan documents and government environmental permits.

**46**

 

**St Michaels, Maryland**
Manager B&B1995-1997

- Assisted in Marketing and operating an 8 room luxury Bed & Breakfast.
- Oversaw employees, customer relations, purchasing, financing and public relations.

**Tampa, Florida**
Guest Teacher1994-1995

- Taught elementary school, middle school, high school and Ed classes.
- Implemented lesson plans and collaborated with teaching staff.

**Huron, South Dakota**
Director of City Planning1992-1994

- Created and implemented the City Master Plan.
- Oversaw the Huron Housing Authority.
- City Liaison to the Planning Commission and the Beautification Commission.
- Governed the enforcement, writing and communication of all zoning regulations.

<u>**References Upon Request**</u>

# Appendix E

## Motion to Extend for Good Cause

# United States Court of Appeals

## For the First Circuit

Byrne                                        Case 24-1291

V.

Ally Financial Inc.

## Motion to Extend Brief Due for "Good Cause"

The Appellant request an extension to the Brief Due for Good Cause under Fed Rule 27 "(b) EXTENDING TIME. For good cause, the court may extend the time prescribed by these rules or by its order to perform any act or may permit an act to be done after that time expires".

The Appellant's health has deteriorated as evidence of the current MRI found below, Ally Financial is in default for failure to acknowledge the complaint adding to the emotional stress that they have caused which is physical harm. They are purposely degrading and abusing a minority woman.

The Appellant is requesting that this court issue a Default Judgement against Ally Financial Inc ordering Ally Financial to pay 5 million dollars immediately, within 30 days due to their share of the Domestic Violence narrative.

The Appellant also requests that the court grant another month's extension to any brief, should the court need more time to issue a Default Judgement against Ally Financial Inc?

A copy of current MRI of my Lumber Spine dated 5-24-2024. Ally has contributed to the demise of my mobility.

## GOOD CAUSE Under FED Rule 26 (b)

1. Ally in Default
2. MRI Back injures
3. Abuse from DV Cases open in the Appellate Court of Maryland, ACM-REG-0388-2024 and ACM-REG-0270-2024

## Relief Sought Under Rule 27(a)(3)(A) and (a)(4).

1. Default order against Ally for nonresponse. A court ordering Ally Financial to pay 5 million US dollars immediately to my company, JLouiseElizabeth for damage done. Payable within 30 days from the date of this motion.
2. Extension time for Brief due should the court need more time to consider the Default Order and Judgement against Ally. Ally has the audacity to ignore their victim and the court system after the Justice Department fined them 80 million dollars for engaging in the same sedition behavior. Ally Financial thinks it okay to abuse women in the USA.

The Appellant/I issue my apologies for the late Motion. I am sure the court can understand the extent of the health crisis gifted by a broken society. Ally is Default and they should be forced to pay 5 million today for their abuse.

**Mount Desert Island Hospital**
10 Wayman Lane
Bar Harbor, ME 04609-0008
(207) 288-5081

| | | | | |
|---|---|---|---|---|
| **Name:** | **BYRNE, JODIE** | | Admit Date: | 5/24/2024 |
| MRN: | 81171 | | Discharge Date: | 5/24/2024 |
| Encounter: | 60331696 | | Attending: | Lomelin MD,Daniel |
| DOB: | 10/4/1969 | **Age: 54 years** | Copy to: | CareAware Oauth,MDIH_ME |
| Birth Sex: | | Current Sex: Female | | |
| Location: | MDIH Radiology | | | |

## Magnetic Resonance Imaging

| Accession at Exam | Exam Date/Time | Exam | Ordering Physician | Patient Age |
|---|---|---|---|---|
| 36-MR-24-0000593 | 5/24/2024 11:45 EDT | MRI Spine Lumbar w/o Contrast | Lomelin MD,Daniel | 54 years |

**Reason for Exam**
(MRI Spine Lumbar w/o Contrast) Lumbar radiculopathy, symptoms persist with > 6 wks treatment

### Report

PROCEDURE INFORMATION:

Exam: MR Lumbar Spine Without Contrast

Exam date and time: 5/24/2024 11:56 AM

Age: 54 years old

Clinical indication: Low back pain; Patient HX: Lumbar radiculopathy, symptoms persist with > 6 wks treatment

TECHNIQUE:

Imaging protocol: Magnetic resonance imaging of the lumbar spine without contrast.

COMPARISON:

MR LUMBAR SPINE WITHOUT CONTRAST 10/22/2020 11:14 AM

FINDINGS:

Bones/joints: Minor grade 1 retrolisthesis at L3-L4, L4-L5, and L5-S1. Advanced multilevel facet arthrosis and hypertrophy. Chronic endplate degenerative changes at L5-S1.

Spinal cord: Conus medullaris terminates in normal position at L1. No conus compression.

L1-L2: No disc herniation or spinal stenosis. No significant foraminal stenosis.

L2-L3: Disc desiccation and mild loss of disc height. No disc herniation or spinal stenosis. Mild right foraminal stenosis.

L3-L4: Disc degeneration with disc space narrowing and broad based disc bulge. Mild central spinal canal stenosis. Right lateral recess stenosis with impingement of the right L4 nerve root. Moderate right foraminal stenosis. Mild left foraminal stenosis.

L4-L5: Disc degeneration with disc space narrowing and broad based disc bulge. Small midline annulus tear. Mild central spinal canal stenosis and lateral recess stenosis with mass effect on the bilateral L5 nerve roots.

Moderate-severe foraminal stenosis.

L5-S1: Disc degeneration with disc space narrowing and broad based disc bulge. Moderate to severe foraminal stenosis, worse on the left.

---

| Name: | **BYRNE, JODIE** | Admit Date: | 5/24/2024 |
|---|---|---|---|
| MRN: | 81171 | Discharge Date: | 5/24/2024 |
| Encounter: | 60331696 | Attending: | Lomelin MD,Daniel |

**52**

# Magnetic Resonance Imaging

## Report

Soft tissues: Unremarkable.

IMPRESSION:

1. Degenerative spondylosis as above causing mild spinal stenosis at L3-L4 and L4-L5. Multilevel neural foraminal steno
2. Sis. Lateral recess stenosis causing mass effect on the right L4 nerve root and bilateral L5 nerve roots.
3. Small annulus tear at L4-L5.

Electronically Signed By: Donn Beeson, MD On 05/25/2024 21:02:46

***** *Final* *****

*Signed by: Beeson MD, Donn K*
*Signed (Electronic Signature): 05/25/2024 9:02 pm*

**Certificate of Service**

I certify that the above motion was sent to Ally Financial on June 3, 2024.

*Jodie Louise Byrne*

Jodie Louise Byrne

**Appendix F**

**Motion to Extend Brief  April 24, 2024**

# United States Court of Appeals

## For the

## First Circuit

**Byrne**

**V.**

**Ally Financial Inc.**

**Case 24-1291**

## Motion to Extend Brief Due

**The** Appellant request an extension to the brief due date by 30 days due to hardships caused by the court systems complete failures to provide economic rights to a domestic violence victim.

A writ was submitted to the Supreme Court, and it was ignored. I don't count as human in the eyes of this court.

The Appellate Court of Maryland is reviewing the domestic violence case which involves inheritance rights too. ACM REG-0270-2024. They are just blocking witnesses and evidence to bury the human rights atrocities. Judge Eaves sit on the Supreme Court of Maryland so the Appeal in Maryland will be buried. Judge Eaves is the Judge from District Court in Maryland. She was promoted because the Maryland Governors wanted African American Judges promoted at the cost of Justice.

The same exact atrocities that Judge Eaves engaged in during my divorce seems to be a favorite. Judge Eaves buried the protection order that she signed and police reports of a convicted wife beater. Judge Eaves gave a convicted spouse abuser, my only children, so he could engage in alienation and make me suffer until I die. I reported abuse and naively thought the abuse would end. It only got worse. I should have never reported abuse. I did not receive my economic rights and never saw my children again.

I reported abuse in 2022 and it seems Maryland is engaged in the same odd behavior of covering up the economic rights of a domestic violence victim. I ask for my rights and cite the laws. Domestic Violence is generational. I thought I would try given the abuse played out in another county in Maryland. I had hoped for a different outcome. The men steal and punish and the women judge's side with the abusive men. Bias..

The US holds no real way to resolve disputes and the men are stealing, plundering and murdering women through the court system and the judges allow it. This court is aware of the atrocities present and it's okay to abuse me. The wealthy eat from oppressing the poor.

I will need a postponement I am angry and rightfully so. It is not lawful to steal and plunder from women and toss them onto the streets. This court is destroying women.

This court had the opportunity to correct the situation in 2022. I had to write to the Supreme court because this court did not treat a woman as an equal person Supreme Court No. 22-5141. Strang the court in Maryland is engaged in the same atrocities related to inheritances rights today. Ally just takes it turn at abusing me as the Department of Justice already fined them 80 million dollars for abusing minorities.

Let's be forthright... This court has caused this economic problem, and it has destroyed my life. It's not like I don't ask for my rights. Its like the Judge are creating the lawsuits. My health is deteriorating from this court's abuse. The court has exposed Ally by denying me my human rights.

I don't want this chaos in my life. Atty work for cash up front. This court ignored my human rights in 2022. Women die from this kind of abuse. When my x husband engaged in abuse the court and the people say it's wrong. But how can it be right for the court to engage in economic abuse and for it to be legal and moral?

I can't make this court follow laws. I cannot live in a country where people are abusing me. I am dying from the court errors and abuse. I report the atrocities and this court has not heard.

A healthy human cannot live in society that allows this kind of abuse of women and mothers. I will need an extension to any brief due. This court must think these human right atrocities are normal. I have one life and I don't want to live abused here. Ally joined in on the abuse.

I had to return to this country because my mother died from abuse in February 2022 and my father is chained to a one-star Medicaid Nursing home. The state of Maryland elects and promotes judges not by their abilities but by their gender and race, which the Supreme Court recently has rejected as lawful. It appears we are left with a lot of bad judges devoid of recourse to retire them. I have suffered since I arrived back in the USA. This culture is toxic to me.

I told this court the State of Maryland had engaged in a violation of my human rights, and you ignored me and know they are injuring me again. Is this court hoping I will die before you admit errors.

*Jodie Lena Dyone*

### Certificate of Service

I certify I sent a copy of this motion to Ally who has been fined by the Department of Justice in the amount of 80 million US dollars for engaging in discrimination against battered women on April 16, 2024.

*Jodie Lena Dyone*

# Appendix G

# Federal Court Case Search

**Case Selection Page**

| Case Number<br>Title | Opening Date | Party | Last Docket<br>Entry | Originating Case Number<br>Origin |
|---|---|---|---|---|
| 20-1568<br>Byrne v. State of Maryland, et al | 06/15/2020 | Jodie Louise Byrne | 04/05/2023<br>23:06:05 | 0100-1 : 1:20-cv-00036-GZS<br>District Court of Maine, Bangor |
| 23-9003<br>In Re: Byrne | 03/28/2023 | Jodie Louise Byrne | 09/28/2023<br>03:55:26 | 0101-1 : 22-040<br>BAP |
| 23-9005<br>In Re: Byrne | 05/11/2023 | Jodie Louise Byrne | 09/05/2023<br>04:58:10 | 0101-1 : 22-022<br>BAP |
| 23-9009<br>In Re: Byrne | 08/04/2023 | Jodie Louise Byrne | 11/27/2023<br>08:39:10 | 0101-1 : 22-022<br>BAP |
| 23-9010<br>In Re: Byrne | 08/04/2023 | Jodie Louise Byrne | 11/27/2023<br>08:45:51 | 0101-1 : 22-040<br>BAP |
| 23-9011<br>In Re: Byrne | 12/27/2023 | Jodie Louise Byrne | 04/15/2024<br>11:02:44 | 0101-1 : 23-029<br>BAP |
| 24-1291<br>Byrne v. Ally Financial Inc. | 03/25/2024 | Jodie Louise Byrne | 06/10/2024<br>08:45:42 | 0100-1 : 1:23-cv-00460-JAW<br>District Court of Maine, Bangor |

**Appendix H**

**Docket Entry 1:23-cv-00460-JAW**

**Docket Entry CASE 24-1291**

| 2 | *Filed & Entered:* | 12/21/2023 | ⬤ Motion to Proceed Without Prepayment of Fees and Costs |
| | *Terminated:* | 12/21/2023 | |
| 3 | *Filed & Entered:* | 12/21/2023 | ⬤ Notice to Pro Se Re First Filing & Address Updates |
| 4 | *Filed & Entered:* | 12/21/2023 | ⬤ Order on Motion to Proceed Without Prepayment of Fees and Costs |
| 5 | *Filed:* | 12/27/2023 | ⬤ Motion for Reconsideration |
| | *Entered:* | 12/28/2023 | |
| | *Terminated:* | 12/28/2023 | |
| | *Filed & Entered:* | 12/28/2023 | ⬤ Set/Reset Deadlines |
| 6 | *Filed & Entered:* | 12/28/2023 | ⬤ Order on Motion for Reconsideration |
| 7 | *Filed & Entered:* | 01/08/2024 | ⬤ Motion to Proceed Without Prepayment of Fees and Costs |
| | *Terminated:* | 01/09/2024 | |
| | *Filed & Entered:* | 01/09/2024 | ⬤ Set Deadlines/Hearings |
| 8 | *Filed & Entered:* | 01/09/2024 | ⬤ Order on Motion to Proceed Without Prepayment of Fees and Costs |
| 9 | *Filed & Entered:* | 01/19/2024 | ⬤ Mail Returned/Resent |
| 10 | *Filed & Entered:* | 02/05/2024 | ⬤ Report and Recommended Decision |
| | *Terminated:* | 03/18/2024 | |
| 11 | *Filed & Entered:* | 02/20/2024 | ⬤ Objection to Report and Recommended Decision |
| 12 | *Filed & Entered:* | 03/18/2024 | ⬤ Order on Report and Recommendations |
| 13 | *Filed & Entered:* | 03/18/2024 | ⬤ Judgment |
| | *Filed & Entered:* | 03/25/2024 | ⬤ Copies of Notice of Appeal Sent to Counsel |
| | *Filed & Entered:* | 03/25/2024 | ⬤ Abbreviated Appeal Record Transmitted to USCA |
| 14 | *Filed & Entered:* | 03/25/2024 | ⬤ Notice of Appeal |

**Court of Appeals Docket #:** 24-1291          **Docketed:** 03/25/2024
**Nature of Suit:** 3480 Consumer Credit
Byrne v. Ally Financial Inc.
**Appeal From:** District Court of Maine, Bangor
**Fee Status:** ifp pending coa

**Case Type Information:**
   **1)** civil
   **2)** private
   **3)** other statutes

**Originating Court Information:**
   **District:** 0100-1 : <u>1:23-cv-00460-JAW</u>          **Lead:** <u>1:23-cv-00460-JAW</u>
   **Ordering Judge:** John A. Woodcock, Jr., U.S. District Judge
   **Trial Judge:** Karen Frink Wolf
   **Date Filed:** 12/21/2023

| **Date Order/Judgment:** | **Date Order/Judgment EOD:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|---|
| 03/18/2024 | 03/18/2024 | 03/25/2024 | 03/25/2024 |

---

| | | |
|---|---|---|
| 04/10/2024 | | Request to proceed in forma pauperis on appeal filed by Appellant Jodie Louise Byrne was denied in the district court by order dated 01/09/2024. [24-1291] (AVN) [Entered: 04/10/2024 02:45 PM] |
| 04/10/2024 | 📄 | ORDER extending time to pay filing fee to **04/24/2024**. [24-1291] (AVN) [Entered: 04/10/2024 04:03 PM] |
| 04/16/2024 | 🔒 | MOTION to proceed in forma pauperis filed by Appellant Jodie Louise Byrne. Served on 04/16/2024. [24-1291] (JLB) [Entered: 04/16/2024 03:39 PM] |
| 04/16/2024 | 📄 | MOTION to extend time to file *brief* filed by Appellant Jodie Louise Byrne. Served on 04/16/2024. [24-1291] (JLB) [Entered: 04/16/2024 03:41 PM] |
| 04/18/2024 | | Request to proceed in forma pauperis filed by Appellant Jodie Louise Byrne is pending in the Court of Appeals. [24-1291] (AVN) [Entered: 04/18/2024 03:51 PM] |
| 04/19/2024 | 📄 | ORDER entered: Appellant Jodie Louise Byrne filed a motion to extend the deadline to file the opening brief and appendix. The motion does not assert why an extension of time is needed to permit appellant to file a brief and prosecute the appeal. See Fed. R. App. P. 27(a)(2)(A) (requiring all motions "state with particularity the grounds for the motion . . . and the legal argument necessary to support it"). The court does not grant extensions of time as a matter of course, but rather, only for good cause shown. See Fed. R. App. P. 26(b). All future requests for an extension of time shall comply with the requirements of Fed. R. App. P. 26 and 27. Notwithstanding this deficiency, the request for extension of time is granted. Accordingly, appellant's brief and appendix are due on or before **June 5, 2024**. [24-1291] (AVN) [Entered: 04/19/2024 08:36 AM] |
| 04/19/2024 | 📄 | CORRECTED ORDER* entered: Appellant Jodie Louise Byrne filed a motion to extend the deadline to file the opening brief. The motion does not assert why an extension of time is needed to permit appellant to file a brief and prosecute the appeal. See Fed. R. App. P. 27(a)(2)(A) (requiring all motions "state with particularity the grounds for the motion . . . and the legal argument necessary to support it"). The court does not grant extensions of time as a matter of course, but rather, only for good cause shown. See Fed. R. App. P. 26(b). All future requests for an extension of time shall comply with the requirements of Fed. R. App. P. 26 and 27. Notwithstanding this deficiency, the request for extension of time is granted. Accordingly, appellant's brief is due on or before **June 5, 2024**. *Corrected Order issued to amend text of the order. [24-1291] (AVN) [Entered: 04/19/2024 11:52 AM] |
| 06/03/2024 | 📄 | MOTION to extend time to file *brief* filed by Appellant Jodie Louise Byrne. Served on 06/03/2024. [24-1291] CLERK'S NOTE: Docket entry was edited to modify the docket text. (JLB) [Entered: 06/03/2024 12:53 PM] |
| 06/05/2024 | 📄 | MOTION for default judgment filed by Appellant Jodie Louise Byrne. Served on 06/05/2024. [24-1291] CLERK'S NOTE: Relief selection was incorrect. Correction made by clerk's office. No further action required. (JLB) [Entered: 06/05/2024 11:48 AM] |
| 06/10/2024 | 📄 | ORDER granting motion to extend time to file brief filed by Appellant Jodie Louise Byrne. Brief due **07/05/2024** for appellant Jodie Louise Byrne. [24-1291] (AVN) [Entered: 06/10/2024 08:45 AM] |

**Appendix I**

**Magistrate Wolf**

**Slanderous/Failed to Connect Bankrupty/Related Cases**

**Wrong address on Court Mail "04612' of course it was returned**

**Statements January 9th**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| JODIE LOUISE BYRNE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00460-JAW |
| | ) | |
| ALLY FINANCIAL INC., | ) | |
| | ) | |
| Defendant | ) | |

**ORDER**

Jodie Louise Byrne filed a complaint (ECF No. 1) and application to proceed *in forma puaperis* (IFP) (ECF No. 2) on December 21, 2023. That same day, I denied Byrne's IFP application, explaining,

> [Byrne] claims to have no income, a lot of debt, and only $78 in cash, but also indicates that she works for a nonprofit, owns a 2020 Jeep, and has $3,000 of monthly expenses. Additionally, she inappropriately lists a Saint Bernard as a person who is dependent on her for $600 of support per month. [Byrne's] confusing and inconsistent representations do not convince me that she cannot afford to pay the costs of this litigation. Accordingly, her IFP application is DENIED, and she is ORDERED, by December 28, 2023, to pay this Court's filing fee or file a revised IFP application with detailed and accurate information about her financial situation, failing which her case will be dismissed.

ECF No. 4.

On December 27, 2023, Byrne filed a confusing and disturbing letter. *See, e.g.,* ECF No. 5 at 2 ("I think the courts are not wise to ask for more data and it's rather insulting."); *id.* at 2-3 ("The court and Ally are abusing me so horrifically I don't want to live. . . . My Saint Bernard is keeping me alive. The US Court system is killing me along with the American Culture."); *id.* at 3 ("This court has engaged in violence

1

against me. How imprudent are the accomplished Judges in this county. Judges are illusionary figures. This court can't comprehend math and cannot understand Domestic Violence."); *id.* at 4 ("This court has caused this horrific nightmare and If I live much longer with this abuse I will be surprised."). In her letter, she included a screenshot of a checking account with a $20.99 balance.

The next day, I entered the following order:

> Treating [Byrne's] latest correspondence as a motion for reconsideration of my order denying her [IFP application], it is DENIED. The Court's obligation when any IFP application is filed is to carefully assess the financial information provided at that time to determine if a plaintiff's financial situation is such that she cannot pay the court's filing fee or other costs associated with the commencement of a suit. Any such litigant is required to provide sufficient detail regarding income, assets, debts, and expenses. [Byrne's] initial application (ECF No. 2) does not provide sufficient detail and raises more questions for the Court than it answers. For example, [Byrne] generally indicates that she has approximately $3,600 per month in expenses, but does not itemize those expenses or set forth income or other source(s) of funds to pay such expenses. She generally states that she has "100K out" for debts/financial obligations but does not attempt to identify or itemize those obligations. She references a business but provides scant detail about it. Her recent correspondence providing a bank statement screen shot is not sufficient. I will give [Byrne] until January 8, 2024, either to pay the filing fee or file a revised IFP application with more information about her financial circumstances, failing which I will recommend the dismissal of her case. The Clerk's Office is requested to send [Byrne] a copy of this Order together with a long form IFP Application (AO 239), which form includes the line-itemization required. The Court appreciates [Byrne's] cooperation in carefully following the instructions on the form and providing the information requested. Finally, given [Byrne's] threats of self-harm, she is strongly encouraged to call 988 (Suicide and Crisis Lifeline) or 1-888-568-1112 (Maine Crisis Line).

ECF No. 6.

On January 8, 2024, Byrne filed a revised IFP application. *See* ECF No. 7. In her revised application, she attests that she has a monthly income of $3,500, $5 in

2

her checking account, a Jeep worth $41,795, and several people who owe her "Millions" of dollars. *Id.* at 1-3. On the other hand, she attests that her monthly expenses total $9,500, including a $5,000 monthly expense that she describes as "The courts are broken Society it cost time." *Id.* at 5. In the space for further information, she states,

> I am broke because this court is broken. When courts do not enforce economic rights for women it causes chaos. I did not say I wanted to harm myself. No one likes to live abused by Judges who do not enforce the laws of this land. It would not make you feel happy either. That was slanderous and deflective comments made by this court. This court needs to call the cris[is] hotline. The crisis hotline can[']t make you enforce the laws of this country. The statement the court wrote was inflammatory and deflective and is example of the broken courts and Judges not admitting mistakes.

*Id.*

It is unfortunate that instead of providing a clearer picture of her finances as directed, Byrne has used her second IFP application to continue her diatribe against the unfairness she perceives in the court system. Her nonsensical $5,000 monthly expense attributed to the "broken" courts leaves me unable to give credence to her other representations (many of which have changed significantly since her initial application without explanation). As the Bankruptcy Court recently observed when dismissing Byrne's case in that court, "the Court is left with the definite and firm conviction that [Byrne] does not understand the importance of (or is not interested in) disclosing the true extent of her financial affairs . . . ." *In re: Jodie Louise Byrne*, No. 23-10153, ECF No. 50 (Bankr. D. Me. Nov. 20, 2023).

3

Because Byrne has twice failed to provide sufficient information to show that she qualifies for IFP status, her second IFP application is **DENIED** and she is **ORDERED** to pay this Court's filing fee by January 24, 2024, failing which her case will be dismissed.

### *NOTICE*

*In accordance with Federal Rule of Civil Procedure 72(a), a party may serve and file an objection to this order within fourteen (14) days after being served with a copy thereof.*

*Failure to file a timely objection shall constitute a waiver of the right to review by the District Court and to any further appeal of this order.*

Dated: January 9, 2024

/s/ Karen Frink Wolf
United States Magistrate Judge

4

**67**



OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
156 FEDERAL STREET
PORTLAND, MAINE 04101

OFFICIAL BUSINESS

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2024 JAN 19 P 1:

DEPUTY CLERK

SO. MAINE O41

9 JAN 2024 PM 2 L

USMS ME

**US POSTAGE** PITNEY BOWES
ZIP 04101
02 7M
0001292488
$ 000.63⁰
JAN 09 2024

JODIE LOUISE BYRNE
14 MAINE STREET
SEAL HARBOR, ME 04612

NIXIE      015   FE 1      0001/17/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

UTF    BC:  04101415299    *3044-04992-09-44
04679-630011952

**68**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| JODIE LOUISE BYRNE, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )       No. 1:23-cv-00460-JAW |
| | ) |
| ALLY FINANCIAL INC., | ) |
| | ) |
| Defendant | ) |

**RECOMMENDED DISMISSAL**

After Jodie Louise Byrne twice failed to provide sufficient information to support her request to proceed *in forma pauperis, see* ECF Nos. 2, 4-7, I ordered her to pay this Court's filing fee by January 24, 2024, and warned her that her case would be dismissed if she failed to do so, *see* ECF No. 8. The Clerk's Office mailed a copy of my order to Byrne that same day, but it was returned as undeliverable. *See* ECF No. 9. On January 19, 2024, the Clerk's Office remailed a copy of my order to Byrne at a P.O. Box listed on her most recent filing, and that mailing was not returned as undeliverable. Nevertheless, Byrne did not pay the filing fee by January 24, 2024; nor has she done so since then.

Byrne's failure to pay the filing fee warrants the dismissal of her complaint without prejudice. *See, e.g., Oliver v. Versant Power*, No. 1:21-cv-00225-JAW, 2021 WL 4942861, at *1-2 (D. Me. Oct. 21, 2021) (rec. dec.), (dismissing a plaintiff's case without prejudice where the plaintiff did not pay the filing fee), *aff'd*, 2021 WL 5371550 (D. Me. Nov. 17, 2021); *Lazore v. Harrigan*, No. 1:21-cv-00239-GZS,

1

**69**

2021 WL 4761985, at *1-2 (D. Me. Oct. 11, 2021) (rec. dec.) (same), *aff'd*, 2021 WL 5182663 (D. Me. Nov. 8, 2021). Accordingly, I recommend that this case be *DISMISSED* without prejudice.

### *NOTICE*

*A party may file objections to those specified portions of a Magistrate Judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) for which de novo review by the District Court is sought, together with a supporting memorandum, within fourteen (14) days after being served with a copy thereof. A responsive memorandum shall be filed within fourteen (14) days after the filing of the objection.*

*Failure to file a timely objection shall constitute a waiver of the right to de novo review by the District Court and to appeal the District Court's order.*

Dated: February 5, 2024

/s/ Karen Frink Wolf
United States Magistrate Judge

2

**70**

**Appendix J**

**Motion to Appeal FEES 2/24**

**USA Ranked 37th for Justice this Case is Example of Why**

**U.S. District Court**
**District of Maine (Bangor)**

**CIVIL DOCKET FOR CASE #: 1:23-cv-00460-JAW**

| Plaintiff | |
|---|---|
| **JODIE LOUISE BYRNE** | represented by **JODIE LOUISE BYRNE** |
| | 14 MAINE STREET |
| | SEAL HARBOR, ME 04612 |
| | 202-524-2055 |
| | PRO SE |

V.
**Defendant**
**ALLY FINANCIAL INC**

# Motion to Appeal Order of filed 2/05/24 Denying Fee Waiver

I request an Appeal of the order dated 05/02/24. The plaintiff is a victim of ongoing domestic violence. The US is a broken society. The UN ranks the US 37 globally for Justice, Peace and Security for women and children as cited From Georgetown University.  When the court undervalues mothers, the court engages in the abuse of children.

This Is the Best Country To Be a Woman, New Report Finds - Georgetown University

**72**

This court engages in slander regarding my name, and I demand the correction to the record. I never said I wanted to harm myself. How insulting.  My daughters read the court's false accusations. There is something wrong with judges in this country. This is abuse of your employer.  I demand that this court cease abusing me and my daughters. Please, Correct the record. This court is violating my human rights.  I never said that. I have demanded my human rights.

There is a housing crisis in the US and Maine alone needs 540,000 housing units. The US needs over 5 million units and that's not an accurate number.  People are living in boats, vehicles, and traveling engaged in nomadic lifestyles.

The court decided not to treat me as a human and sold two houses I built and owned worth over a million in restate. I have a Saint Bernard and this housing crisis is long term and short term in the USA.  I have been swept up in the housing crisis through the courts abuse. I filed a Supreme Court Writ I informed this court in 2020. This court failed to act. Since 2020 the USA started two wars and my mother died after she contracted covid and was given the wrong medication once she recovered from covid. He death is listed as a covid death, but it was medical error like many humans. Medical error is the 3-leading cause of death in the USA. I did not receive my inheritance.

I recently filed the attached waiver fee request in Maryland. It is all true and applies to this court as well.  The USA lets people sleep in the cold. They send weapons to fight a dead cold war instead of focusing on housing and security for women and children.  The state courts are gossiping camps where the rule of law is foreign to the Americans.  I am having a difficult time navigating the USA culture. A culture of death and greed. I need a softer culture no doubt.  I expressed that to the court.

In 2022, The Supreme Court waived all my fees and the ideal that this court refuses to waiver fees are not in line with the Supreme Court's decisions regarding waiving fees for battered mothers. I have experienced more abuse plus a housing crisis in the USA. It is illogical to think the USA has changed course and embraces human rights since 2022.

This Is the Best Country To Be a Woman, New Report Finds - Georgetown University

**73**

 I am not alone in identifying the death of the American Culture. Every time, I step foot in Switzerland, I am warned by many the USA is not nice and it's a brutal society. I am not selfish or mean and I do not match this society.   I met a former American hiking and she looked at me and said "I don't need them any longer" …Donald Trump is correct the world is happy to spend our tax dollars as the court system murders off millions of Americans. Slander is against the law, and I will remind this court.  Judges act like school bullies at times.

Judge Wolf needs to retract her statements regarding self-harm.  I meet another women Judge making false statement and slandering someone's name. That's alarming to me. I hope the Judge seeks self-help for her abusive and alarming behavior toward her employer.  Women Judges need training. You're not above the laws of the USA. Gossip is not acceptable and deflecting your lack of following basic human rights laws is alarming.

I never said I wanted to harm myself. I want the US to stop abusing me. This human rights nightmare was gifted by ignorant judges.  The US is ranked 37th  in the world for treating with equality by women judges. The research validates me. Without my economic rights and the housing crisis my time is being spent when we all have limited sunsets in the USA. Life threatening, who created this environment?   This is very court created economic violence. The writ below is evidence of that.

I love the Judge that shoots a gun and then says oh she is threatening self-harm… Sounds like gaslighting and abuse arriving a fellow German. Judges killed many during WWW2 and in Iran. The USA is one of the top executioners on the globe.  Please, the court needs to seek counseling for its abuse.  I don't need this in my life… I want peace… Perhaps, peace isn't on the menu here.  There is a lot of toxic poison being served up in the USA gifted by ignorant judges.

I am reaching that point. I am tired of the court abusing me. My mothers dead because of this courts abuse. I told the federal court, in 2020, that my rights were being destroyed. You guys can cover up for yourselves. Live the way you want. It is not a match for my values. I would never treat others the way I have or how my daughters have.  I would never treat my dog the way that we have been treated by others in the USA. It is not civilized.

The court can continue to block cases by denying fee waivers after you cover up for other judges. I was watching the DA in one of President Trumps election fraud cases… I listened to her

**74**

and her financial woes. It dawned on me that Judges Eaves and other women judges did not hold the financial security I held during my lifetime. My life was above theirs. That's called jealous and that's called bias.

I had lifetime financial security, and I was able to spend my days with my daughters gardening and reading and waking up slowly and falling asleep in peace. I did not have a prestigious job as a Judge. We all covet different things in life. I was happy with my life with my daughters. My x husband was not happy. I gave him a divorce. I also had great health insurance which I paid 600 per month for. After a 22-year marriage my lifestyle should not have changed. I worked hard to achieve it.

My life was destroyed when I filed for divorce. I filed for divorce after I had worked hard to build a nice life and so had my mother's... Economic deprivation is a nightmare gifted by this broken court. I have worked hard since I was 14 years old... Bias and judging others is frowned upon in many spiritual books. Humans are incapable of passing judgments on others.

If I were African American, I would have received my economic rights and my daughters. Judge Eaves is African American, and she embraced the abuse of a mother and her children. I don't believe for one second that if I were black, I would have experienced the last decade plus of hell.

This stuff would not have occurred. A black man or white man would have paid alimony, and he would have gone to jail for abusing me if I were a different color. Bias... It matters regarding the life experiences of a Judge. It is not all African Americans, and this would not arrive from all judges. I spent time in the Caribbean and numerous women said this would not have happened in USVI. Other minority women... I don't want to guess why I am here or why the laws were ignored. Science points to bias.

This federal court is aware of the broken courts in the US. The reasons why I have not received my economic rights do not matter for this question before the court. The facts are I Don't have them and therefore I can't pay your fee.

The harsh climate I must journey through in the USA is nothing short of a nightmare. Poverty breeds poverty and the culture oppresses and abuses poor people. I was degraded and humiliated everyday over the court's failures. We have laws in this country that were not followed. Society is abusing. That's why we have alimony laws. How will I find housing in the

**75**

USA after the court has completely failed me, after my brother and uncle's abuse? After Ally's abuse?

I have no access to the court system like most women that are tossed into poverty in the USA. The men just grab all the money because the courts let them. Therefore, the USA ranking is 37th in the world for Justice, Peace, and Security for women. Woman are abusing each other. There is a lack of respect for women that choose motherhood. I can't pay your filing fees due to the courts abuse. The court has caused this economic nightmare not I.

This Is the Best Country To Be a Woman, New Report Finds - Georgetown University

Last week, we can all say that DA Fani Willis was asked in appropriate questions during one of President Trump election cases because she is a black woman. I don't think a man would have been asked ridiculous questions about their sex life. But heaven forbidden a white women point out reverse racism and bias. Bias is found in all of us even me. I do work hard to eliminate bias in my lens. I prefer science for that reason. Changing people's culture is difficult as with marketing a new product in a different country. I don't answer other then bias for the short bank account I have.

I did not receive my economic rights or my inheritance rights and there is bias in the world against women. Women hurt other women and women Judges are bias against white women that hold a different lifestyle then what they experienced in life. As white female in the USA growing up in a rural community my experiences are different than most urban black females of the same age group.

Feminism is defined differently for all and it's not an open season to gift economic abuse to battered women. You don't know my life story... I don't know yours. I only know what I have experienced with Judge Wolf, and it appears like abuse. Slander and denial of waiver of fees which the Supreme Court even gifted me.

Society has taught me what some define feminism as. I raped the false definition of feminism and was tossed into poverty and prison. I spent 4 months of my life breathing in a 10X10 cement room with a doggy door for food, devoid of a window because I spoke the truth. In Russia that's not even allowed. I am the soccer mom. I am vegetarian. The only one arrested

**76**

was the crime victim after I reported abuse for which my x husband freely admitted too.  I know more than most today.

This country is all messed up and begins with the court system. I have reached my fellow American spiritually who I met in Switzerland hiking on Mount Pilatus her wise words. "I don't need their abuse any long in my life." Ally is guilty. The judges are guilty, and this court keeps the abusing turning. Perhaps, Judges need better training. I don't care any longer. I can't change what's broken here.  To waste my time caring about people that don't care about each other is destroying me.

I am appealing this court's order. The court has proven how misguided it is by stating that I said I wanted to Self-Harm. That's slander.  I demanded my economic and human rights where in this statement does that say I wanted to self-harm. Slander.  The court is engaged in self-harm.

All humans need their economic rights to stay safe.  I am sick to death of this courts abuse as well as the state courts abuse. **The facts are clear. I do not hold my economic rights, nor have I seen my daughters since I reported abuse in 2007. I feel sad for the United States of America. I can't waste anymore of my life here in this country**.

I feel sad for the Judges that keep denying a fee waiver for a case that is another example of corporate American engaged in abuse of a minority and women. The US ranks 37th because of judges like Judge Wolf. I hope you get the therapy and training you need to become a better person. I don't know a number to give you to call for that. I would suggest that you take a vacation high in the Mountains to reflect on how words and actions hurt others.

 I also don't know where the 80 million the Department of Justice fined Ally ended up. In the bank accounts of Lawyers. The courts are banks for the wealthy and gifts oppression to women and children. Sad.

I don't need this abuse in my life, and I will ask this court as well to go look in the Mirror at Yourself and find your soul. The court is open to all, not just the wealthy elite or the banks or Attys.  I pray the judges stop attacking women when we say we want our human rights.  If someone ask for a fee waiver you should just grant that. Why would someone lie? If someone asks for something, shouldn't you just give it if you can?  Why degrade all.

**77**

Should we just let Ally continue to abuse women?  I watched in horror the number of people that have their cars and property stolen from them by Ally... Children are losing car seats, their toys, they are being traumatized for life.  It is traumatizing for anyone let alone children and this lasts a lifetime. I have heard the firsthand stories. Ally is hurting society.

I watched in horror as Ally hurt the children. I saw the abuse and am still traumatized by what I have experienced. Ally needs to pay for exploitation and discriminating policies. I have barely slept after what they have engaged. Sleep is the cornerstone of life.

In conclusion, I love the logic of this court.

She threatened self-harm, and I will force her to pay $650 while we abuse her economically and while Ally is engaged in abuse too.  The court must be aware of the housing crisis in the USA too.  Must be aware domestic violence is generational and inheritance funds aren't reachable because the courts are broken. There isn't logic in this order, only slander.   Where are my human rights?

The court does not pass any kind of logic test.  A copy of Acknowledgement of a Supreme Court Writ is attached. The highest court in the land did not charge a fee to me, and nothing changed economically. In fact, the USA economy has gotten worse by funding two wars which kills children and women. The USA thinks killing peoples is normal. They think abusing women and children is normal. There is a culture problem and its toxic to my health is what I stated.

*Jodi Lawson Byrne*

2/19/24

**78**

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC  20543-0001**

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 19, 2022

Ms. Jodie Louise Byrne
157 Rte d'Ormaret
Combloux, France, XX  74920
Foreign

Re:  Jodie Louise Byrne
      v. Maryland, et al.
      No. 22-5141

Dear Ms. Byrne:

The petition for a writ of certiorari in the above entitled case was filed on April 27, 2022 and placed on the docket July 19, 2022 as No. 22-5141.

A form is enclosed for notifying opposing counsel that the case was docketed.

Unless you have already done so, please promptly serve opposing counsel with a copy of your petition and forward proof of service to this office pursuant to Rule 29.5.

Sincerely,

Scott S. Harris, Clerk

by

Susan Frimpong
Case Analyst

Enclosures

**79**

I certify that I sent the above to Ally on 2/19/24 by email and mail.

*Jodi Lewis Byrne*

2/19/24

**80**

**Appendix K**

**After the 37th Reliszation Judge Woodcook Authors the following insults on 3/18/24**

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JODIE LOUISE BYRNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:23-cv-00460-JAW |
| | ) |
| ALLY FINANCIAL INC. | ) |
| | ) |
| Defendant. | ) |

**DISMISSAL ORDER**

Having performed a de novo review of the Magistrate Judge's recommended decision to dismiss a pro se plaintiff's complaint, the Court affirms the dismissal without prejudice over the plaintiff's objection, because the plaintiff filed incomplete, contradictory, false, and accusatory applications for in forma pauperis status in defiance of orders to provide detailed and accurate information to the court.

**I.   BACKGROUND**

On December 21, 2023, Jodie Louise Byrne filed a complaint in this Court against Ally Financial Inc. *Compl.* (ECF No. 1). With the Complaint, Ms. Byrne filed a motion to proceed without prepayment of fees and costs. *App. to Proceed in District Ct. Without Prepaying Fees or Costs* at 1-2 (ECF No. 2) (*Short-Form App.*). In her application, Ms. Byrne represented that, although she was working for a not-for-profit organization, she was not paid for her work. *Id.* ("I do not pay myself") (emphasis in original). She stated that she had only $78 in cash or in a savings or checking account, a 2020 Jeep, and monthly expenses of $3,000. *Id.* at 2. When asked about the names of all persons who were dependent upon her, Ms. Byrne explained

**82**

that she has a Saint Bernard, who costs her more than $600 per month.  In response
to a question about debt, Ms. Byrne wrote that she has "$100 K. out."  *Id.*

On December 21, 2023, the Magistrate Judge denied the motion to proceed in
forma pauperis.  *Order* (ECF No. 4).  The Magistrate Judge observed that Ms. Byrne
"claims to have no income, a lot of debt, and only $78 in cash, but also indicates that
she works for a nonprofit, owns a 2020 Jeep, and has $3,000 in monthly expenses."
*Id.*  The Magistrate Judge also noted that Ms. Byrne had "inappropriately list[ed] a
Saint Bernard as a person who is dependent on her for $600 of support per month."
*Id.*  Concluding that Ms. Byrne made "confusing and inconsistent representations,"
the Magistrate Judge denied her motion and ordered Ms. Byrne to pay the filing fee
by December 28, 2023 or file "a revised IFP application with detailed and accurate
information about her financial situation, failing which her case will be dismissed."
*Id.*

In response, on December 27, 2023, Ms. Byrne filed a six-page motion for
reconsideration.  *Mot. for Recons.* at 1-6 (ECF No. 5).  The motion for reconsideration
did not enclose a revised IFP application.  *See id.*  Instead, Ms. Byrne filed a rambling,
wide-ranging discursive document, comparing conditions in Europe and the United
States, decrying American violence, instructing the Magistrate Judge about the cost
of feeding Ms. Byrne's Saint Bernard, attacking the judicial system in the United
States, and questioning the "intellectual capacity of this court."  *Id.*  In her motion,
Ms. Byrne writes that "Ally abused and of course I feel like death over their abuse"
and that she "would have crashed this jeep yesterday over the courts abuse if Bella

(her Saint Bernard) was not in the car." *Id.* at 2.  She states that "[t]he court and Ally are abusing me so horrifically I don't want to live." *Id.*  Ms. Byrne went on to write that "[t]he court has caused this horrific nightmare and [i]f I live much longer with this abuse I will be surprised." *Id.* at 4.  Ms. Byrne also asserted that when she returned to this country, she "had a 791-credit score." *Id.*

On December 28, 2023, the Magistrate Judge denied her motion for reconsideration. *Order* (ECF No. 6).  After noting it was "[t]he Court's obligation . . . to carefully assess the financial information provided . . . to determine if a plaintiff's financial situation is such that she cannot pay the court's filing fee or other costs," the Magistrate Judge concluded that Ms. Byrne's motion failed to "provide sufficient detail and raises more questions for the Court than it answers." *Id.*  The Magistrate Judge gave Ms. Byrne until January 8, 2024 "either to pay the filing fee or file a revised IFP application with more information about her financial circumstances, failing which [she] will recommend the dismissal of the case." *Id.*  The Magistrate Judge ordered that the Clerk's Office send Ms. Byrne a long-form IFP application (AO 239) and the Magistrate Judge observed that she "appreciates the Plaintiff's cooperation in carefully following the instructions on the form and providing the information requested." *Id.*  Finally, the Magistrate Judge wrote that "given the Plaintiff's threats of self-harm, she is strongly encouraged to call 988 (Suicide and Crisis Lifeline) or 1-888-568-1112 (Maine Crisis Line)." *Id.*

On January 8, 2024, Ms. Byrne filed with the Court an AO 239, the long-form application to proceed in district court without prepaying fees or costs.  *App. to*

3

**84**

*Proceed in District Ct. Without Prepaying Fees or Costs* (ECF No. 7) (*Long-Form App.*). On January 9, 2024, the Magistrate Judge denied Ms. Byrne's January 8, 2024 motion. *Order* (ECF No. 8). The Magistrate Judge observed that Ms. Byrne's initial response was "confusing and disturbing." *Id.* at 1. The Magistrate Judge then reviewed Ms. Byrne's revised application for IFP status and noted several inconsistencies and inaccuracies. *Id.* at 2-3.

Quoting Ms. Byrne's concluding statement, the Magistrate Judge found that Ms. Byrne "has used her second IFP application to continue her diatribe against the unfairness she perceives in the court system." *Id.* at 3. The Magistrate Judge also quoted the Bankruptcy Court's language as it dismissed Ms. Byrne's case: "the Court is left with the definite and firm conviction that [Byrne] does not understand the importance of (or is not interested in) disclosing the true extent of her financial affairs. . .." *Id.* (quoting *In re: Jodie Louise Byrne*, No. 23-10153, ECF No. 50 (Bankr. D. Me. Nov. 20, 2023)). Because Ms. Byrne had twice failed to provide sufficient information to show she qualifies for IFP status, the Magistrate Judge ordered her to pay this Court's filing fee by January 24, 2024 "failing which her case will be dismissed." *Id.* at 4.

After Ms. Byrne failed to pay the filing fee by January 24, 2024, on February 5, 2024, the Magistrate Judge recommended that this Court dismiss her complaint without prejudice. *Recommended Dismissal* (ECF No. 10).

On February 20, 2024, Ms. Byrne objected to the recommended dismissal. *Mot. to Appeal Order of filed 2/05/24 Denying Fee Waiver* (ECF No. 11). Ms. Byrne's first

objection is that "plaintiff is a victim of ongoing domestic violence," "[t]he US is a broken society," and the "UN ranks the US 37 globally for Justice, Peace and Security for women and children as cited From Georgetown University." *Id.* at 1. Ms. Byrne condemned the Magistrate Judge for engaging "in slander regarding my name, and I demand the correction to the record" because, according to Ms. Byrne, she "never said I wanted to harm myself." *Id.* at 2. Ms. Byrne discusses the housing crisis in the United States and Maine, that the United States "started two wars" since 2020, and that her mother died because she was given the wrong medicine. *Id.* Ms. Byrne stated that she "hope[s] the [Magistrate] Judge seeks self-help for her abusive and alarming behavior toward her employer" and that "[w]omen judges need training." *Id.* at 3. Next, Mr. Byrne states that she "love[s] the Judge that shoots a gun and then says oh she is threatening self-harm... Sounds like gaslighting and abuse arriving a fellow German. Judges killed many during WWW2 and in Iran. The USA is one of the top executioners on the globe." *Id.*

Ms. Byrne says that she enjoyed "lifetime financial security," but her "life was destroyed when I filed for divorce." *Id.* at 4. She writes that "[e]conomic deprivation is a nightmare gifted by this broken court." *Id.* Ms. Byrne then claims that if she "were African American, [she] would have received [her] economic rights and my daughters. . .. I don't believe for one second that if I were black, I would have experienced the last decade plus of hell." *Id.* She says that the reason she cannot pay the filing fee is that she had not "received my economic rights" and "due to court abuse." *Id.* at 4-5.

5

In her objection, Ms. Byrne highlights in bold: "**The facts are clear.  I do not hold my economic rights, nor have I seen my daughters since I reported abuse in 2007.  I feel sad for the United States of America.  I can't waste anymore of my life here in this country.**"  *Id.* at 6.

Turning to the IFP application, Ms. Byrne writes:

> I pray the judges stop attacking women when we say we want our human rights.  If someone ask for a fee waiver you should just grant that.  Why would someone lie?  If someone asks for something, shouldn't you just give it if you can?  Why degrade all.

*Id.*

Ms. Byrne concludes:

> The court does not pass any kind of logic test.  A copy of Acknowledgment of a Supreme Court Writ is attached.  The highest court in the land did not charge a fee to me, and nothing changed economically.  In fact, the USA economy has gotten worse by funding two wars which kills children and women.  The USA thinks killing peoples is normal.  They think abusing women and children is normal.  There is a culture problem and its toxic to my health is what I stated.

*Id.* at 7.

## II.  DISCUSSION

### A.  28 U.S.C. § 1915(a)(1): In Forma Pauperis Requirements

28 U.S.C. § 1915(a)(1) provides:

> [A]ny[1] court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner [person] possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the

---

[1]     28 U.S.C. § 1915(a)(1) contains an introductory phrase, "Subject to subsection (b)." Subsection (b) addresses prisoner actions not relevant to this case so the Court has eliminated the introductory clause for clarity.

> action, defense or appeal and affiant's belief that the person is entitled
> to redress.

"The determination of whether a plaintiff is indigent and therefore unable to pay the filing fee rests within the Court's sound discretion." *Name Redacted by Ct. v. Mass.*, Civ. Action No. 17-12346-PBS, 2017 U.S. Dist. LEXIS 238827, at \*2 (D. Mass. Dec. 1, 2017). In enacting the in forma pauperis statute, 28 U.S.C. § 1915, Congress recognized that "a litigant whose filing fees and court costs are assumed by the public, unlike a paying litigant, lacks an economic incentive to refrain from filing frivolous, malicious, or repetitive lawsuits." *Denton v. Hernandez*, 504 U.S. 25, 31 (1992) (quoting *Neitzke v. Williams*, 490 U.S. 319, 324 (1989)). The affidavit requirement helps mitigate this disincentive. A litigant's affidavit is sufficient to be granted in forma pauperis status if it alleges facts showing that the plaintiff, because of poverty, cannot pay or give security for court costs and still be able to provide for herself and her family "the necessities of life." *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948). At the same time, a plaintiff need not be completely destitute to be eligible for in forma pauperis status. *Id.* at 339-40.

The filing fee for a civil action is $405. *Yaghoobi v. Tufts Med.*, No. 23-cv-12479-DLC, 2024 U.S. Dist. LEXIS 3452, at \*1 (D. Mass. Jan. 8, 2024) ("A person commencing a non-habeas civil action must (1) pay a $350 statutory fee, *see* 28 U.S.C. § 1914(a), and a $55 administrative fee").

88

### B.   Jodie Louise Byrne's Two In Forma Pauperis Applications

Ms. Byrne filed two applications for in forma pauperis status. Both applications are under penalty of perjury, and Ms. Byrne signed both declarations. The short form application contains a declaration:

> I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

*Short Form App.* at 2.  The long form application contains a similar declaration:

> I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.  I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

*Long Form App.* at 1.

The first, a short-form application, is incomplete and contradictory.  Question 2 asks for her employer's name and address, and Ms. Byrne gives only her employer's name, JlouiseElizabeth, and no address.  *Short-Form App.* at 1.  Having listed her employer's name, she says she receives no pay or wages from her employment.  *Id.* She asserts in response to question 3 that she has no other sources of income, noting "I do not pay myself."  *Id.* (emphasis in original).  After asserting she has only $78 in a checking or savings account, she says that she owns "Ally Jeep 2020."  *Id.* at 2.  She then states that she incurs $3,000 each month in regular monthly expenses.  *Id.* When asked about expenses for persons under 18 who are dependent upon her, Ms. Byrne lists her Saint Bernard, saying that her pet costs "$600+ per month."  *Id.* When

**89**

asked about debts and to describe "the amounts owed and to whom they are payable," she responds: "100 K. out." *Id.*

When the Magistrate Judge questioned the answers in her short-form application and ordered her to file a long-form application, Ms. Byrne filed another incomplete and contradictory document. In this application, she says that she earns $3,000 per month from self-employment, and she receives $500 per month in gifts, making her total monthly income equal to $3,500. *Long Form App.* at 1-2. She says that she has been employed by JlouiseElizabeth since 2010 but her employer has never paid her. *Id.* at 2. She asserts that she has only $5.00 in her checking account. *Id.* Ms. Byrne confirms that she owns a 2020 Jeep [Wrangler] Rubicon worth $41,795. *Id.* at 3. Responding to a question about whether anyone owes her money, she lists three individuals who, she says, each owes her "millions." *Id.*

In listing her expenses, Ms. Byrne lists $5,000 in regular monthly expenses and an additional $5,000 under the heading, "The courts are broken Society it cost time." *Id.* at 5. Somehow, Ms. Byrne adds these figures up to $9,500 in expenses per month. *Id.* She then claims that she has spent or will be spending $5,000 for expenses or attorney's fees in conjunction with this lawsuit despite filing to proceed in forma pauperis. *Id.*

Ms. Byrne ends by writing:

I am broke because this court is broken. When courts do not enforce economic rights for women it causes chaos. I did not say I wanted to harm myself. No one likes to live abused by Judges who do not enforce the laws of this land. It would not make you feel happy either. That was slanderous and deflective comments made by this court. This court need to call the cris[is] hot line. The crisis hotline can[']t make you

9

enforce the laws of this country.  The statement the court wrote was inflammatory and deflective and is [an] example of the broken courts and Judges not admitting mistakes.

*Id.* at 5.

### C.    The Court's Analysis

The Court agrees with the Magistrate Judge that both the short and long forms Ms. Byrne filed do not carry her burden to demonstrate that she cannot afford to pay the filing fee.  Both the short and long forms are incomplete, itself a reason to deny the motion.  *Name Redacted*, 2017 U.S. Dist. LEXIS 238827, at *3 ("Here, plaintiff has not sufficiently shown her inability to pay the filing fee because her in forma pauperis application is incomplete"); *Yaghoobi*, 2-24 U.S. Dist. LEXIS 3452, at *2-3 (denying a motion for in forma pauperis status based on incomplete information).

They are also contradictory, both internally and between each other.  In her short form application, she did not list any income, but in her long form application, she stated that she receives $3,000 per month in self-employment income.  Her acknowledgement that she receives $3,000 per month in self-employment income contradicts her short form statement that "I do not pay <u>myself</u>."  In her short form application, she states that she receives no gifts, but in her long form application, she says that she receives $500 per month in gifts.  In her short form application, she says her monthly expenses equal $3,000, but in her long form application, she states that her monthly expenses are $9,500.  In her short form application, she says that she owes "100 K," but in her long form applications, she states that she is owed "millions" of dollars from three individuals.  The Court is not able to reconcile the

10

assertions and figures in her two applications, both of which she signed under penalty of perjury.

Ms. Byrne's gratuitous attacks against the integrity and ability of the Magistrate Judge are not merely unfounded, but they also have no place in applications to provide information to determine her eligibility for in forma pauperis status.

Although it is not essential to the Court's affirmance, the Court rejects Ms. Byrne's imprecations against the Magistrate Judge for the Magistrate Judge's human concern about whether the statements in Ms. Byrne's December 27, 2023 suggested that Ms. Byrne might harm herself. In her December 27, 2023 motion, Ms. Byrne wrote that "Ally abused and of course I feel like death over their abuse" and that she "would have crashed this jeep yesterday over the courts abuse if Bella (her Saint Bernard) was not in the car." *Id.* at 2. Further, she stated that "[t]he court and Ally are abusing me so horrifically I don't want to live." *Id.* at 3. Ms. Byrne went on to write that "[t]he court has caused this horrific nightmare and [i]f I live much longer with this abuse I will be surprised." *Id.* at 4. Although Ms. Byrne emphatically denies she threatened self-harm and castigates the Magistrate Judge for thinking so, the natural inference from Ms. Byrne's statement that she did not "want to live" is that she wanted to die, particularly when read in the context of her saying she would have crashed her motor vehicle if her pet were not in the vehicle at the time. In this Court's view, the Magistrate Judge acted responsibly and compassionately in treating Ms. Byrne's statements seriously and urging her to get help. This Court is relieved that

11

Ms. Byrne did not mean what she wrote, but the Magistrate Judge could not know that. Furthermore, the Magistrate Judge's precautionary advice to Ms. Byrne was purely prophylactic and out of concern for her well-being, especially since the Magistrate Judge was denying her in forma pauperis motion, not "slander" as Ms. Byrne alleges.

The final question is whether the sanction of dismissal is justified. Here, the Court concludes it is. First, when Ms. Byrne signed both forms under penalty of perjury, she was informed that if she made a false statement, her claim could be dismissed. Here, the Court concludes based on the contradictory information Ms. Byrne provided in both forms, some of the information is false and therefore dismissal is warranted.

Furthermore, the Court concludes that Ms. Byrne failed to demonstrate she has taken the Court's indigency affidavits seriously. She has given incomplete, contradictory, and accusatory information in response to the Magistrate Judge's request that she accurately complete the forms so that the Magistrate Judge could meet her statutory obligation of judicial review.

Notably, the Magistrate Judge was careful to recommend dismissal without prejudice, which means that if Ms. Byrne wishes to renew her civil action against Ally Financial, Inc., she may do so. However, if she chooses to file a new lawsuit, she must be prepared either to pay the $405 filing fee or to complete a truthful, complete, accurate, and responsive short (AO 240) or long form (AO 239) to obtain in forma pauperis status.

12

**93**

### III.   CONCLUSION

Having performed a de novo review pursuant to 28 U.S.C. § 636(b)(1)(B), the Court OVERRULES Jodie Louise Byrne's objection (ECF No. 11) to the Magistrate Judge's recommended decision (ECF No. 10), AFFIRMS the recommended decision, and DISMISSES Jodie Louise Byrne's Complaint without prejudice.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 18th day of March, 2024

13

**94**

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JODIE LOUISE BYRNE                    )

Plaintiff,                            )

v.                                    )    CIVIL NO. 1:23-cv-00460-JAW

ALLY FINANCIAL INC                    )

Defendant,                            )

JUDGMENT OF DISMISSAL

In accordance with the DISMISSAL ORDER entered by U.S. Judge John A.

Woodcock, Jr. on March 18, 2024,

JUDGMENT of Dismissal Without Prejudice is hereby entered.

CHRISTA K. BERRY
CLERK

By:    /s/ Joanne McCue
       Deputy Clerk

Dated: March 18, 2024

# Appendix L

# Fee Waiver Estimates Fluid Bankrupty/Bartering

| More In Help | + |
|---|---|

Bartering is the exchange of goods or services. A barter exchange is an organization whose members contract with each other (or with the barter exchange) to exchange property or services. The term "barter exchange" doesn't include arrangements that provide solely for the informal exchange of similar services on a noncommercial basis (for example, a babysitting cooperative run by neighborhood parents). In bartering, usually there's no exchange of cash. An example of bartering is a plumber exchanging plumbing services for the dental services of a dentist.

## Information returns for bartering transactions

The Internet has provided a medium for new growth in the bartering industry. This growth prompts the following reminder: Barter exchanges are required to file Form 1099-B, Proceeds From Broker and Barter Exchange Transactions for all transactions unless an exception applies. Refer to **Bartering** in Publication 525, Taxable and Nontaxable Income and the Instructions for Form 1099-B [PDF] for additional information on this subject. Persons who don't contract with a barter exchange or who don't barter through a barter exchange but who trade services, aren't required to file Form 1099-B. However, they may be required to file Form 1099-MISC, Miscellaneous Information. Refer to the General Instructions for Certain Information Returns [PDF] to determine if you have to file this form. If you exchange property or services through a barter exchange, you should receive a Form 1099-B. The IRS also will receive the same information.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Jodis Byrne | ) |
| _Plaintiff/Petitioner_ | ) |
| Ally Finance | ) Civil Action No. |
| _Defendant/Respondent_ | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
**(Short Form)**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. _If incarcerated._ I am being held at: _____
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. _If not incarcerated._ If I am employed, my employer's name and address are:

None Eligible  (not the point)

My gross pay or wages are: $ __0__ , and my take-home pay or wages are: $ _____ per
_(specify pay period)_  _____

3. _Other Income._ In the past 12 months, I have received income from the following sources _(check all that apply):_

| | | | |
|---|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☐ Yes | ☒ No |

_If you answered "Yes" to any question above, describe below on or separate pages each source of money and state the amount that you received and what you expect to receive in the future._

I do not pay myself.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ $ 75

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name _(describe the property and its approximate value):_

Ally Jeep 2020

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses _(describe and provide the amount of the monthly expense):_

3000k

7. Names _(or, if under 18, initials only)_ of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Son Tenesh    600 p/e mnth

8. Any debts or financial obligations _(describe the amounts owed and to whom they are payable):_

100 k  ov

_Declaration:_ I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: Dec 24, 2023       Byrne
_Applicant's signature_

Jodis Byrne
_Printed name_

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the

Maine ▢

| | |
|---|---|
| Jodie Byrne | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) |
| Ally | ) |
| *Defendant/Respondent* | ) |

Civil Action No. 1:23-cv-00460-JAW

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

| **Affidavit in Support of the Application** | **Instructions** |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.  I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

Signed:                          Date:  Jan 3, 2024

I.  For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ 3000 | $ | $ 3000 | $ |
| Income from real property *(such as rental income)* | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ 500 | $ | $ 500 | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify)*: | $ | $ | $ | $ |
| **Total monthly income:** | $3,500   0.00 | $   0.00 | $ 3,500  0.00 | $   0.00 |

2.   List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| JlouiseElizabeth | | 2010-present | $   0 |
| | | | $ |

3.   List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.   How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Bank Mobil | Checking | $   5.00 | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.  List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | |
|---|---|---|
| Home *(Value)* | $ | |
| Other real estate *(Value)* | $ | |
| Motor vehicle #1 *(Value)* | $ | 41,795 |
| Make and year: | 2020 Jeep Rubicon | |
| Model: | Rubicon | |
| Registration #: | Maine 327-BDP | |
| Motor vehicle #2 *(Value)* | $ | |
| Make and year: | | |
| Model: | | |
| Registration #: | | |
| Other assets *(Value)* | $ | |
| Other assets *(Value)* | $ | |

6.  State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | | Amount owed to your spouse |
|---|---|---|---|
| Anthony Deyesu | $ | Millions | $ |
| Michael Yarrington | $ | Millions | $ |
| Bruce Laing | $ | Millions | $ |

7.  State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

**100**

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.   Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse.  Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included? ☐ Yes ☒ No <br> Is property insurance included? ☐ Yes ☒ No | $ 2000 | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 500 | $ |
| Home maintenance *(repairs and upkeep)* | $ 500 | $ |
| Food | $ 1000 | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ 1000 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
|     Motor vehicle: | $ | $ |
|     Credit card *(name):* | $ | $ |
|     Department store *(name):* | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*:                    The courts are broken Society it cost time.. | $    5000.00 | $ |
| **Total monthly expenses:** | $    9,500 0.00 | $    0.00 |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☒ Yes    ☐ No      If yes, describe on an attached sheet.

10.  Have you spent — or will you be spending –– any money for expenses or attorney fees in conjunction with this lawsuit?    ☒ Yes   ☐ No

If yes, how much?   $ _____ 5000 _____

11.  Provide any other information that will help explain why you cannot pay the costs of these proceedings.
I am broke because this court is broken. When courts do not enforce economic rights for women it causes chaos. I did not say I wanted to harm myself. No one likes to live abused by Judges who do not enforce the laws of this land. It would not make you feel happy either. That was slanderous and deflective comments made by this court. This court needs to call the cris hot line. The crisis hotline cant make you enforce the laws of this country. The statement the court wrote was inflammatory and deflective and is example of the broken courts and Judges not admitting mistakes.

12.  Identify the city and state of your legal residence.

Seal Harbor, Maine 04675

Your daytime phone number: _____ 202-524-2055 _____

Your age: _____ 54 _____   Your years of schooling: _____ 17 _____

**102**

https://smartasset.com/data-studies/family-minimum-income-state-2024

**from Web Article above… The cost of just breathing with out court fees in life.**



**Appendix M**

**Montgomery County Court Waiver**

**Granted and then rescinded January 23, 2023**

**Abuse by the Courts**

☒ CIRCUIT COURT ☐ DISTRICT COURT OF MARYLAND FOR Montgomery

City/County

Located at 50 Maryland Avenue _____ Case No. C-15-CV-22-004526

Court Address

IN THE MATTER OF: Jodie Louise Byrne _____ vs. Yarrington, Laing

Petitioner/Plaintiff                                Respondent/Defendant

## ORDER REGARDING REQUEST FOR WAIVER OF PREPAID COSTS

Upon consideration of the Request for Waiver of Prepaid Costs submitted by

Jodie Louise Byrne _____ , and any further documentation as required or authorized by

Name of party

Rule 1-325 or other applicable law,

THE COURT FINDS THAT:

The party named above:

☒ Meets the financial eligibility guidelines of the Maryland Legal Services Corporation.

☐ Does NOT meet the financial eligibility guidelines.

The party named above:

☒ Is unable by reason of poverty to pay the prepaid costs.

☐ Is NOT unable by reason of poverty to pay the prepaid costs.

The claim, appeal, application or request for process

☒ does not appear, on its face, to be frivolous.

☐ DOES appear, on its face, to be frivolous.

☐ Other findings: _____

Entered: Clerk, Circuit Court for
Montgomery County, MD
January 23, 2023

*THE COURT ORDERS* that the waiver is:

☒ GRANTED

☐ DENIED. You have 10 days from the date of this order to pay the costs. If the unwaived costs are
not paid in full within 10 days, the pleading or papers filed will be considered withdrawn.

1/23/2023 3:44:50 PM          _Karla N. Smith_          676

Date                          Judge's Signature          ID Number

:08 PM
; order to be signed
Magistrate

CC-DC-089 (Rev. 07/2021)          Page 3 of 3          RPWNC (New Case);
                                                        RPWSF (Subsequent Filing

Reset



23-CV-00460

Jodie Byrne <jodielouisebyrne@gmail.com>
To  MED_Joint ECF Inbox

Tue 2/20/2024 3:49 PM

Follow up.  Start by Tuesday, February 20, 2024.  Due by Tuesday, February 20, 2024.
You forwarded this message on 2/20/2024 4:00 PM.
If there are problems with how this message is displayed, click here to view it in a web browser.

wolf20.pdf
428 KB

febfeesmont (1).pdf
248 KB

**CAUTION - EXTERNAL:**

1. My name is Jodie Louise Byrne and I am the filer.

2. My  address is P.O. Box 22 Seal Harbor, Maine, 04675. My email address is jodielouisebyrne@gmail.com. and my phone number is 717-916-1715

3. Two documents are attached titled wolf and one attachment illustrating how lower courts try to block women from the court system making the court system only accessible to the wealthy elite.

Denial to waive fees is a common strategy to strip women of their human rights.  Ensuring that mothers can never choose motherhood. Forever changing the definition of what a feminist is defined as. The law is correct. The judges  are misapplying the laws of the US creating human rights atrocities . We all don't want to be judged and bias is present.

I count over $1,500, in court fees which block women from Justice . Which blocks my daughters from funds.

4. A Motion to Appeal Denial of motion to waive.

6. A Motion to Appeal Denial Fee Order of 2/5/24. Maybe, it's document number 7. ?

Thanks, Any questions. Please email me.

Jodie Byrne

**106**

**Circuit Court for Montgomery County in Maryland**

C-15-CV-22 004526
ACM-REG-0567-2023
ACM-REG-0772-2023
ACM-REG-1833-2023

Jodie Louise Byrne
P.O. Box 22
Seal Harbor, Maine 07546
VS.
Michael Yarrington  et al.
24001 Old Hundred Road
Dickerson, Maryland 20842

Stephan S Burgoon Atty
5100 Buckeystown Pike
Suite 250
Fredrick, Maryland 21704

**Motion to Appeal Insulting Oppressive Order to Deny Fee Waiver**

Judges in Maryland need to go to jail for abusing women. Slander is a crime that Judges need to recognize. Judges are not above the laws. Judges do not get to destroy people's lives and reputations.

Judges work for the people and the court room is not Jerry Springer. This is not TV and it is a serious human rights case. People need to be in jail that are enjoying housing with our tax dollars for failing to perform a service to our country. How would this court enjoy your human rights destroyed?

The facts are the United States ranks 37th in the world for gifting women and children Justice, Peace, and Security.

https://www.georgetown.edu/news/this-is-the-best-country-to-be-a-woman-new-report-finds/

**107**

### Long Marriage

I was married for 22 years and enjoyed a nice life. I built a 700k log cabin, homeschooled my daughters and took European vacations. Started off with a honeymoon to Jamica. I enjoyed a 150k family income plus the amount of money and income I contributed of over 150k for working from home.

I reported a crime and never saw my daughters again. This is story of economic violence and a broken court system that attacks women. My x husband attacked other women besides me.

### Inheritance

My mother left me a house in Maryland before she died in 2022 which my brother agreed belonged to me. He lied to many... He has disrespected me since I was born. We were close in age. Mr Yarrington has emulated his abusive Uncle. They both kept their sisters funds and placed their sisters on social service and the court crafts insane orders that are delusional.

### Domestic Violence

Mr Yarrington learnt to abuse me by my uncle's behavior.  He grew up emulating his older brother and Uncle. My Uncle is like an older brother. I remember how Mr. Yarrington would shoot guns at me in elementary school. He would toss my cat onto the roof of my house. Mr. Yarrington would toss sharp knives above my head when I was a little girl. I was afraid and had my father put chain locks on my bedroom door. This was cruel.

This was abuse that I endured while my parents were at work in the family business. I remember, my uncle, who has kept my mother's inheritance, engaged in the same sort of abuse. He has not always worked in the family business with my mother.  He went away in the military and worked for the railroad.

When my grandfather died, he jumped in his grave and lived rent free because he did not want to live in Baltimore in a dangerous neighbor. He married someone that was a victim of abuse as he is.  Like my sister-in-law, my Aunt, Mrs. Melissa

**108**

Laing, well these women want to steal the sisters inheritance.  My mother and grandmother would be horrified knowing what is going on.

This is domestic Violence. They are squatters on 5 waterfront lots that do not belong to them.  This has all been studied .. This is domestic violence and I demand restitution for the ongoing violence which this court joins in on. I don't want my daughter overlanding in their jeep its dangerous and I afraid here in the USA.

### My Elderly Father who is an American Hero
I lived in the Alps and returned to this country to look after my father in my parents' house. I was made homeless for reporting abuse by the defendants. This court needs to look in the mirror. I must overland in my Jeep with my Saint Bernard. Has my sister-in-law seen my father and how much time my brother or uncle has spent with my father in a one-star Medicaid hotel. Who is spending quality time with my father?

### Short Term Housing Crisis in USA
This court is abusing a women and mother. There is a short-term housing problem in the USA. Everyone knows this. I only returned here because I own a house and I wanted to spend time with my father who my brother has abandoned. This court is allowing the defendant to abuse. The problem here is the judges. The Atty that steal all while abusing women.

The USA is 37th in the world for Granting Justice, Peace, and Security.

https://www.georgetown.edu/news/this-is-the-best-country-to-be-a-woman-new-report-finds/

This happens when you deny women access to the court system. The men take all. When you treat women like trash the USA declines. The facts are that science validates me and so does the United Nations.  Science validates everything I write.

### Psychology of Women Judges
Women Judges like all women often abuse other women and engage in bias trying to be men. Educated women bring their own values to the courthouse, but they may not be my values. That is why we have laws written by the people for the people.

**109**

The court system is not working well for all. Equality does not exist and proof of that is this shameful order to cover up the slander and economic violence the court gifted. It's been a year of hell in the USA sleeping in my Jeep in the winter months. Five below…sad.. A bankruptcy Judge rightfully called me strident.

### Loving Brothers and Uncles Actions don't Mirror the Defendants

Why would anyone treat their niece or sister this way? My mother surely wanted to die. My father and mother were born during www2, and the Germany people killed millions. The German people were lawyers and Judges and Drs. Do you think your different then the German people?

Dogs only do what their owns let them… The courts allow men to abuse women and women Judges abuse women that have a right to be mothers or demand their economic rights or ask for their alimony rights which is a pension.

I appeal to bias and oppressive order.

### Housing Crisis in The USA

There is a need for 54,000 housing units in Maine alone. This court is abusing me. When the courts allow men to steal and plunder two homes that I built and started to renovate there is not any housing for my Saint Bernard and I to move too. The court engaged in this abuse. Who is renting to my Saint Bernard and I after the court impoverished me? The court created this nightmare that seems to never end.

### Court Ignores Facts

This court wants to cover up the facts. This court has given me human rights violations that will last until I die. The USA has a housing crisis and this court let the defendants take all the inheritance and they jailed my father. This court has brutally abused me and wants me to pay filing fees for abusing me further. I ask with what funds you gave all the money to the men. Judge Eaves even ordered me to pay my attacker. This would be laughable if it were not so deadly.

### The Defendants Stole MY Money and Property

The court allowed the defendants to take all the money. I spoke up and I wrote love letters to this court. I do not have my mother's underwear or medical records she has been dead now for over two years. I have been threatened with arrest for taking

**110**

donuts to my father when I crossed the pond for him. The nursing home and the defendants are abusing me today because the standard of care is to allow people to age in place. That does not meet their selfish needs.

What kind of society acts this way all for money? This is a violation of my rights and my father's. I speak the truth and people do not want to see the truth. I am a loving daughter and perfect mother that once upon a time believed a fabricated narrative regarding the American Court System. It is outrageous how abusers spin forged memoirs. Under the microscope my facts and testimony are verified by science.

After I started renovations on my house which belonged to my father. This court is creating problems. Mr. Yarrington and I had a contract before I left France.


**Court is not Functioning**

This court needs to check yourselves in the mirror. Please stop abusing me. This is abuse. I must take time to write this and appeal. This court is stealing my peace and my time because the court is not engaged in your duty.

Why do Judges go to work? What is your purpose? Whatever the court is doing is not the intent of the legislators. Judges are engaging in a false definition of feminism as does an ignorant society. None of this should be happening to me or my daughters. I filed for divorce from an admitted abuser.

Where do you think I learnt how men should treat women. Why do you think I married a man that tossed me down a flight of steps. Mr Deyesu remarried 5 months after I filed for divorce to a woman who has three kids one born while I was married and carries my x husbands last name? He is a convicted wife beater. He assaulted other women besides me. And Women Judges slander my name and cover up each other's atrocities.

**Disrespected since Birth… Shot at and Tortured with Knives**

Look how my brother disrespects his sister and my uncle disrespects women. While my mother was working in the family business my brother was shooting guns at me and tossing knives in the air and my uncle doing the same things. Is this how you treat your sister and niece? Degrading and humiliating stuff.

**111**

I remember Mr. Laing making me kiss the door. These are not jokes. This is abuse. When I spent time with my grandmother and Mr. Laing threatened to toss my property in Chesapeake Bay accusing me of using his electric. He is a renter and he never paid rent. He was using my grandmother's electric.

They twist everything around and they are the thieves and abusers, and the court emulates them. My mother and I have endured horrific abuse. I hope she is resting in peace. My father has no peace because he has not seen me since July and does not understand why my brother is acting this way.

**I am Appealing this Absurd Order**

Who gifted the economic problems that have caused horrific pain. USA is ranked 37 for offering Justice, Peace and Security to women this is case is example of a broke court system.

https://www.georgetown.edu/news/this-is-the-best-country-to-be-a-woman-new-report-finds/

I do not have Peace, Security and Justice. This court keeps abusing me for reporting the facts. How would you like me to pay the court fees for when you gave all the funds to the men?

**Perpetrators Should be on Social Services not received like Kings by this Court or Society**

Why aren't the men on social services and why are you allowing the men to abuse me? I am appealing this shameful order. This court is not interested in resolving domestic violence or treating me with respect and equality.

Or the last year would not have occurred. I would have Peace, Security and Justice which I do not hold.

**112**



Jodie Louise Byrne

February 15, 2024

**113**

**Certificate of Service**

I certify that the above motion was sent to the defendants on February 15, 2024.

February 15, 2024

**Appendix N**

**The Appellate Court of Maryland**

**4/10/2024**

**Domestic Violence Litigation Related Cases**

**Overloaded with Economic Violence Court Fees**

## Case Information

| | |
|---|---|
| Court System: | **Appellate Court of Maryland** |
| Case Number: | **ACM-REG-0270-2024** |
| Title: | **Jodie Byrne v. Michael Yarrington, et al** |
| Case Type: | **Appeal of Civil Case** |
| Filing Date: | **04/10/2024** |
| Case Status: | **Open** |
| Authoring Judge: | |
| Tracking Number(s): | |

## Other Reference Numbers

Case Appealed: **C-15-CV-22-004526**
Related Case: **ACM-REG-0567-2023**
Related Case: **ACM-REG-0772-2023**
Related Case: **ACM-REG-1833-2023**
Related Case: **ACM-REG-0388-2024**

## Involved Parties Information

### Appellant

Name: **Byrne, Jodie**
Address: **P.O. Box 22**
City:  **SEAL HARBOR**  State: **ME**  Zip Code: **04675**

### Appellee

Name: **Laing, Bruce**
Address: **2546 Island View Road**

**116**

**Appendix O**

**Protection Order which was violated and buried in Maryland BY Judge Eaves appointed to the State District Court on 11/20/2007**

CaseSearch                    District Court of Maryland

Go Back Now

**Case Information**

Court System: District Court For Harford County - Family
Location:    Harford
Case Number: 0901SP013402007
Title:
Case Type:   Domestic Violence
Filing Date:  11/11/2007
Case Status:  Closed

---

**Involved Parties Information**

**Respondent**

Name: DEYESU, ANTHONY MICHAEL
DOB: 11/21/1960
Address: 2305 AMOSS MILL ROAD (HOME)
City:    PYLESVILLE State: MD Zip Code: 21132
*Aliases*

Nickname : DEYESU, ANTHONY MICHAEL
*Attorney(s) for the Respondent*

Name:           CLARKE, EMMA A TWIGG
Appearance Date: 11/11/2007
Address Line 1:  300 E JOPPA RD STE 304
City:            TOWSON State: MD Zip Code: 21286

---

**Court Scheduling Information**

| Event Type | Event Date | Event Time | Court Location | Court Room | Result |
|---|---|---|---|---|---|
| Hearing - Interim Order | 11/11/2007 | 00:00:00 | Conversion - Harford District Court | | Concluded / Held |
| Hearing - Temporary Order | 11/13/2007 | 13:30:00 | Conversion - Harford District Court Courtroom 2 | | Concluded / Held |
| Hearing - Final Order | 11/20/2007 | 13:30:00 | Conversion - Harford District Court Courtroom 4 | | Concluded / Held |

---

**Document Information**

File Date:   11/11/2007
Filed By:
Document Name: Petition
Comment:

File Date:   11/11/2007
Filed By:
Document Name: Order
Comment:

File Date:   11/11/2007
Filed By:
Document Name: Interim Protective Order
Comment:

File Date:   11/13/2007
Filed By:
Document Name: Order
Comment:

File Date:   11/13/2007
Filed By:
Document Name: Temporary Protective Order
Comment:

---

**Service Information**

**Service Type Issued Date Service Status**
Service    11/13/2007
Service    11/11/2007

This is an electronic case record. Full case information cannot be made available either because

**118**

# Appendix P

# Judgements to Pay my Attacker 2011/2015



( Search Again )

Last Name: **byrne** | First Name: **jodie** | County Name:

2 items found, displaying 1 to 2

Click on the column heading to sort by that column

| Case Number | Name For | Name Against | Court | Case Status | Judgment Amount | Book Page | Entry Date |
|---|---|---|---|---|---|---|---|
| 12-C-08-000080 | Deyesu, Anthony M. (AKA)Deyesu, Anthony Michael | Deyesu, Jodie L (AKA)Yarrington, Jodie (AKA)DeyesuYarrington, Jodie Louise (AKA)Byrne, Jodie | HARFORD COUNTY | Entered | $44,630.00 | 00000/00000 | 11/17/2015 |
| 12-C-08-000080 | Harford County O C S E | Deyesu, Jodie L (AKA)Yarrington, Jodie (AKA)DeyesuYarrington, Jodie Louise (AKA)Byrne, Jodie | HARFORD COUNTY | Entered | $15,800.00 | 00000/00000 | 11/30/2011 |

Copyright 2017 Maryland Judiciary. All rights reserved. Terms of Use/Disclaimer

**119**

**Certification of Service**

**I certify that on  July 5, 2023 a copy of the above Brief was
sent to the apposing side to Ally Financial located in
Michigan, USA.**

**Jodie Louise Byrne**